**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

| | | |
|---|---|---|
| CONSERVATION LAW FOUNDATION,<br><br>*Petitioner*,<br>v.<br><br>NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; SOPHIE SHULMAN, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; and PETE BUTTIGIEG, in his official capacity as Secretary of the United States Department of Transportation,<br><br>*Respondents*. | ) | **Petition for Review**<br><br>Case No. 24-______ |

2024 JUN 24 PM 1: 2
HP

In accordance with 49 U.S.C. § 32909(a)(1) and Federal Rule of Appellate Procedure 15, Petitioner Conservation Law Foundation hereby petitions this Court for review of the final action taken by Respondent National Highway Traffic Safety Administration entitled *Corporate Average Fuel Economy Standards for Passenger Cars and Light Trucks for Model Years 2027 and Beyond and Fuel Efficiency Standards for Heavy-Duty Pickup Trucks and Vans for Model Years 2030 and Beyond*, published at 89 Fed. Reg. 52540 (June 24, 2024).

Respectfully submitted,

*/s/ Emily K. Green*

Emily Green
Conservation Law Foundation
53 Exchange Street, Suite 200
Portland, ME 04101
(207) 210-6439
egreen@clf.org

*Counsel for*
*Conservation Law Foundation*

Filed: June 24, 2024