# United States Court of Appeals
## For the First Circuit

---

No. 24-1617

CONSERVATION LAW FOUNDATION,

Petitioner,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; SOPHIE SHULMAN, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; PETER PAUL MONTGOMERY BUTTIGIEG, in his official capacity as Secretary of the United States Department of Transportation,

Respondents.

---

**JUDGMENT**

Entered: July 12, 2024
Pursuant to 1st Cir. R. 27.0(d)

    In accordance with the consolidation order of the Judicial Panel on Multidistrict Litigation, it is hereby ordered that the above-captioned petition for review be transferred to the United States Court of Appeals for the Sixth Circuit. 28 U.S.C. § 2112(a)(3).

By the Court:

Maria R. Hamilton, Clerk

cc:
Kelly L. Stephens, Clerk of United States Court of Appeals for the Sixth Circuit
Emily Green
Benjamin M. Block
Joshua Koppel