**Missing Case Number:**
**24-1617**

NOTICE TO THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
OF MULTICIRCUIT PETITIONS FOR REVIEW

---

IN RE: NATIONAL HIGHWAY TRAFFIC
SAFETY ADMINISTRATION,
DEPARTMENT OF TRANSPORTATION,
*CORPORATE AVERAGE FUEL
ECONOMY STANDARDS FOR
PASSENGER CARS AND LIGHT
TRUCKS FOR MODEL YEARS 2027 AND
BEYOND AND FUEL EFFICIENCY
STANDARDS FOR HEAVY-DUTY
PICKUP TRUCKS AND VANS FOR
MODEL YEARS 2030 AND BEYOND*
(JUNE 24, 2024)

MCP No. _____

RECEIVED FOR FILING
IN CLERK'S OFFICE
2024 JUL 15  P 1 20
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

---

**NOTICE OF MULTICIRCUIT PETITIONS FOR REVIEW**

Pursuant to 28 U.S.C. § 2112(a)(3) and the Rules of Procedure of

the Judicial Panel on Multidistrict Litigation, the National Highway

Traffic Safety Administration and the Department of Transportation

hereby notify the Judicial Panel on Multidistrict Litigation of eleven

petitions for review of the same final agency action.  *See Corporate*

*Average Fuel Economy Standards for Passenger Cars and Light Trucks*

*for Model Years 2027 and Beyond and Fuel Efficiency Standards for*

*Heavy-Duty Pickup Trucks and Vans for Model Years 2030 and Beyond,*

89 Fed. Reg. 52540 (June 24, 2024); *see also* https://public-

inspection.federalregister.gov/2024-12864.pdf (version of the rule available for public inspection on June 13).  Petitions for review were filed in six different courts of appeals—the First, Second, Fifth, Sixth, Eighth, and District of Columbia Circuits—within ten days after issuance of the rule and received by the agency from the petitioners within the applicable ten-day period.  28 U.S.C. § 2112(a)(1) & (3).  Eleven total petitions were filed in those courts of appeals seeking review of the relevant agency action.

As required by Panel Rule 25.2, we submit with this notice: (1) a schedule listing the petitions for review filed within the relevant courts of appeals; (2) copies of each petition; and (3) the rule the petitioners are challenging.  In accordance with Panel Rule 25.3, as indicated in the attached proof of service, respondents are serving this notice on the clerks of the courts where petitions for review have been filed as well as on counsel for all parties in the circuit petitions for review.

Respectfully submitted,

MARK B. STERN
*/s/ Joshua M. Koppel*
JOSHUA M. KOPPEL
KEVIN J. KENNEDY
*Attorneys, Appellate Staff*
*Civil Division, Room 7212*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-4820*
*joshua.m.koppel@usdoj.gov*

*Counsel for respondents National*
*Highway Traffic Safety*
*Administration, Sophie Shulman,*
*Department of Transportation,*
*Pete Buttigieg*

July 9, 2024

**SCHEDULE REQUIRED BY RULE 25.2 OF THE
RULES OF PROCEDURE OF THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**The challenged rule was posted for public inspection on June
13, 2024, and published in the Federal Register on June 24, 2024.**

| Case Name | Circuit Court | Case No. | Filing Date | Date Received By Agency |
|---|---|---|---|---|
| Conservation Law Foundation v. National Highway Traffic Safety Administration; Sophie Shulman, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; Peter Paul Montgomery Buttigieg, in his official capacity as Secretary of the United States Department of Transportation | First Circuit | 24-1617 | 6/24/2024 | 6/24/2024 |
| Natural Resources Defense Council v. United States National Highway Traffic Safety Administration; Sophie Shulman, in her official capacity as Deputy Administrator of the National Highway Traffic Safety | Second Circuit | 24-1770 | 6/24/2024 | 6/24/2024 |

| | | | | |
|---|---|---|---|---|
| Administration; Pete Buttigieg, in his official capacity as Secretary of the United States Department of Transportation | | | | |
| Valero Renewable Fuels Company, L.L.C.; Diamond Alternative Energy, L.L.C.; American Petroleum Institute; American Farm Bureau Federation; Texas Farm Bureau; National Corn Growers Association; Texas Corn Producers Association; Baxter Ford, Incorporated v. Pete Buttigieg, Secretary, U.S. Department of Transportation; Sophie Shulman, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; National Highway Traffic Safety Administration | Fifth Circuit | 24-60311 | 6/17/2024 (original petition filed by Valero Renewable Fuels et al.)<br><br>6/26/2024 (additional petition filed by American Petroleum Institute et al.)<br><br>6/28/2024 (further protective petition filed by Valero Renewable Fuels et al.) | 6/17/2024 (original petition of Valero Renewable Fuels et al.)<br><br>7/3/2024 (additional petition of American Petroleum Institute et al.)<br><br>7/3/2024 (further protective petition of Valero Renewable Fuels et al.) |
| Kentucky Corn Growers Association; Michigan Corn Growers Association; | Sixth Circuit | 24-3539 | 6/17/2024 | 6/17/2024 |

| | | | | |
|---|---|---|---|---|
| Tennessee Corn Growers Association v. Peter Paul Montgomery Buttigieg, in his official capacity as Secretary of the United States Department of Transportation; Sophie Shulman, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; National Highway Traffic Safety Administration | | | | |
| State of West Virginia; Commonwealth of Kentucky; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Georgia; State of Idaho; State of Iowa; State of Indiana; State of Kansas; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of New Hampshire; State of North Dakota; State of Ohio; State of Oklahoma; State of | Sixth Circuit | 24-3560 | 6/26/2024 | 6/28/2024 |

| | | | | |
|---|---|---|---|---|
| Texas; State of South Carolina; State of South Dakota; State of Utah; Commonwealth of Virginia; State of Wyoming v. Peter Paul Montgomery Buttigieg, Secretary, United States Department of Transportation; Sophie Shulman, Deputy Administrator, National Highway Traffic Safety Administration; National Highway Traffic Safety Administration | | | | |
| Kentucky Corn Growers Association; Michigan Corn Growers Association; Tennessee Corn Growers Association v. Peter Paul Montgomery Buttigieg, in his official capacity as Secretary of the United States Department of Transportation; Sophie Shulman, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; National Highway | Sixth Circuit | 24-3572 | 7/1/2024 (further protective petition filed) | 7/2/2024 (further protective petition) |

| Traffic Safety Administration | | | | |
|---|---|---|---|---|
| American Free Enterprise Chamber of Commerce v. Pete Buttigieg, in his official capacity as Secretary of the United States of Department of Transportation; Sophie Shulman, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; National Highway Traffic Safety Administration | Eighth Circuit | 24-2224 | 6/17/2024 (original petition filed) 7/1/2024 (further protective petition filed) | 6/17/2024 (original petition) 7/2/2024 (further protective petition) |
| Sierra Club v. National Highway Traffic Safety Administration; Sophie Shulman, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; Pete Buttigieg, in his official capacity as Secretary of the U.S. Department of Transportation | District of Columbia Circuit | 24-1215 | 6/24/2024 | 6/24/2024 |

MARK B. STERN
*/s/ Joshua M. Koppel*
JOSHUA M. KOPPEL
KEVIN J. KENNEDY
*Attorneys, Appellate Staff*
*Civil Division, Room 7212*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-4820*
*joshua.m.koppel@usdoj.gov*

*Counsel for respondents National*
*Highway Traffic Safety*
*Administration, Sophie Shulman,*
*U.S. Department of*
*Transportation, Pete Buttigieg*

July 9, 2024

## PROOF OF SERVICE

I hereby certify that on July 9, 2024, a copy of the foregoing Notice of Multicircuit Petitions for Review[1] was served by mail or third-party commercial carrier to the following courts:

Office of the Clerk
U.S. Court of Appeals for the First Circuit
U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Catherine O'Hagan Wolfe
Clerk's Office
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Lyle W. Cayce
U.S. Court of Appeals for the Fifth Circuit
Office Of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

---

[1] The service copies sent to the courts of appeals and counsel do not include the attachment of the rule under review, which can be found at https://www.govinfo.gov/content/pkg/FR-2024-06-24/pdf/2024-12864.pdf.

Office of the Clerk
U.S. Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

Stephanie N. O'Banion
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO. 63102

Mark Langer
Clerk of the Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue N.W.
Washington, DC 20001

Copies of the foregoing were also sent by mail or third-party

commercial carrier to the following counsel:

Emily Green
Conservation Law Foundation
53 Exchange St Ste 200
Portland, ME 04101

*Counsel for Conservation Law Foundation, Inc. (1st Cir., No. 24-1617)*

Pete Huffman
Natural Resources Defense Council
1152 15th St. NW, Suite 300
Washington, DC 20005

*Counsel for Natural Resources Defense Council (2d Cir., No. 24-1770)*

2

Jeffrey B. Wall
Sullivan & Cromwell, LLP
1700 New York Avenue, NW, Suite 700
Washington, DC 20006

Brittany M. Pemberton
Bracewell, LLP
2001 M Street NW, Suite 900
Washington, DC 20036

*Counsel for Valero Renewable Fuels Company, LLC and Diamond Alternative Energy, LLC (5th Cir., No. 24-60311)*

Paul D. Clement
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

*Counsel for American Petroleum Institute, American Farm Bureau Federation, Texas Farm Bureau, National Corn Growers Association, Texas Corn Producers Association, and Baxter Ford, Incorporated (5th Cir., No. 24-60311)*

Michael Ray Williams
Office of the Attorney General of West Virginia
1900 Kanawha Boulevard, E.
Charleston, WV 25305

*Counsel for State of West Virginia (6th Cir., No. 24-3560)*

Matthew Franklin Kuhn
Office of the Attorney General of Kentucky
700 Capitol Avenue
Frankfort, KY 40601

*Counsel for Commonwealth of Kentucky (6th Cir., No. 24-3560)*

3

Edmund Gerard LaCour Jr.
Office of the Attorney General of Alabama
P.O. Box 300152
Montgomery, AL 36130

*Counsel for State of Alabama (6th Cir., No. 24-3560)*

Thomas Mooney-Myers
Office of the Attorney General of Alaska
1031 W. Fourth Street
Anchorage, AK 99501

*Counsel for State of Alaska (6th Cir., No. 24-3560)*

Nicholas J. Bronni
Office of the Attorney General of Arkansas
323 Center Street
Little Rock, AR 72201

*Counsel for State of Arkansas (6th Cir., No. 24-3560)*

Henry Charles Whitaker
Office of the Attorney General of Florida
The Capitol, PL-01
Tallahassee, FL 32399-1050

*Counsel for State of Florida (6th Cir., No. 24-3560)*

Stephen J. Petrany
Office of the Attorney General of Georgia
40 Capitol Square, S.W.
Atlanta, GA 30334

*Counsel for State of Georgia (6th Cir., No. 24-3560)*

Joshua N. Turner
Idaho Office of the Attorney General of Idaho
P.O. Box 83720
Boise, ID 83720

*Counsel for State of Idaho (6th Cir., No. 24-3560)*

Eric H. Wessan
Office of the Attorney General of Iowa
1305 E. Walnut Street
Des Moines, IA 50319

*Counsel for State of Iowa (6th Cir., No. 24-3560)*

James A. Barta
Office of the Attorney General of Indiana
302 Washington Street
Indianapolis, IN 46204

*Counsel for State of Indiana (6th Cir., No. 24-3560)*

Abhishek S. Kambli
Office of the Attorney General of Kansas
120 S.W. Tenth Avenue
Topeka, KS 66612-1597

*Counsel for State of Kansas (6th Cir., No. 24-3560)*

J. Benjamin Aguinaga
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70802

*Counsel for State of Louisiana (6th Cir., No. 24-3560)*

Justin Lee Matheny
Office of the Attorney General of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

*Counsel for State of Mississippi (6th Cir., No. 24-3560)*

Joshua M. Divine
Office of the Attorney General of Missouri
P.O. Box 899
Jefferson City, MO 65102

*Counsel for State of Missouri (6th Cir., No. 24-3560)*

Christian Brian Corrigan
Office of the Attorney General of Montana
P.O. Box 201401
Helena, MT 59620

*Counsel for State of Montana (6th Cir., No. 24-3560)*

Lincoln J. Korell
Office of the Attorney General of Nebraska
2115 State Capitol
Lincoln, NE 68509

*Counsel for State of Nebraska (6th Cir., No. 24-3560)*

Brandon F. Chase
New Hampshire Department of Justice
1 Granite Place, S.
Concord, NH 03301

*Counsel for State of New Hampshire (6th Cir., No. 24-3560)*

Philip Axt
Office of the Attorney General of North Dakota
600 E. Boulevard Avenue
Bismarck, ND 58505

*Counsel for State of North Dakota (6th Cir., No. 24-3560)*

Thomas Elliot Gaiser
Office of the Attorney General of Ohio
30 E. Broad Street
Columbus, OH 43215

*Counsel for State of Ohio (6th Cir., No. 24-3560)*

Garry M. Gaskins II
Office of the Attorney General of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105

*Counsel for State of Oklahoma (6th Cir., No. 24-3560)*

Lanora Christine Pettit
Office of the Solicitor General of Texas
P.O. Box 12548 (MC 059)
Austin, TX 78711

*Counsel for State of Texas (6th Cir., No. 24-3560)*

Joseph David Spate
Office of the Attorney General of South Carolina
P.O. Box 11549
Columbia, SC 29211

*Counsel for State of South Carolina (6th Cir., No. 24-3560)*

Charles David McGuigan
Office of the Attorney General of South Dakota
1302 E. Highway 14
Pierre, SD 57501-4106

*Counsel for State of South Dakota (6th Cir., No. 24-3560)*

Stanford Edward Purser
Office of the Utah Attorney General of Utah
P.O. Box 140858
Salt Lake City, UT 84114

*Counsel for State of Utah (6th Cir., No. 24-3560)*

Kevin Michael Gallagher
Office of the Attorney General for the Commonwealth of Virginia
202 N. Ninth Street
Richmond, VA 23219

*Counsel for Commonwealth of Virginia (6th Cir., No. 24-3560)*

D. David DeWald
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002

*Counsel for State of Wyoming (6th Cir., No. 24-3560)*

Michael B. Buschbacher
Boyden & Gray
801 17th Street, N.W., Suite 350
Washington, DC 20006

*Counsel for Kentucky Corn Growers Association, Michigan Corn Growers Association, and Tennessee Corn Growers Association (6th Cir., Nos. 24-3539 & 24-3572) and American Free Enterprise Chamber of Commerce (8th Cir., No. 24-2224)*

Joshua Aries Berman
Sierra Club
50 F Street, NW
Washington, DC 20001

Vera P. Pardee
Law Offices of Vera Pardee
726 Euclid Avenue
Berkeley, CA 94708

*Counsel for Sierra Club (D.C. Cir., No. 24-2224)*

> MARK B. STERN
> */s/ Joshua M. Koppel*
> JOSHUA M. KOPPEL
> KEVIN J. KENNEDY
> *Attorneys, Appellate Staff*
> *Civil Division, Room 7212*
> *U.S. Department of Justice*
> *950 Pennsylvania Avenue NW*
> *Washington, DC 20530*
> *(202) 514-4820*
>
> *Counsel for respondents National*
> *Highway Traffic Safety*
> *Administration, Sophie Shulman,*
> *Department of Transportation,*
> *Pete Buttigieg*

July 9, 2024

**General Docket**
**United States Court of Appeals for the First Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 24-1617 | **Docketed:** 06/24/2024 |

**Conservation Law Foundation v. National Highway Traffic Safety Administration, et al**
**Appeal From:** Department of Transportation (DOT)
**Fee Status:** filing fee due

**Case Type Information:**
  **1)** agency
  **2)** review
  **3)** review

**Originating Court Information:**
  **District:** TRAN-1 : 00-0000
  **Date Filed:** 06/24/2024
  **Date Decided:**               **Date Rec'd COA:**
  06/24/2024                   06/24/2024

**Prior Cases:**

| Docket | Date Filed | Date Disposed | Disposition |
|---|---|---|---|
| 01-1588 | 04/26/2001 | 03/06/2002 | Defaulted |
| 01-2102 | 08/08/2001 | 03/06/2002 | Defaulted |
| 01-2623 | 11/20/2001 | 06/24/2002 | Dismissed |
| 02-2664 | 12/27/2002 | 02/26/2004 | Affirmed |
| 03-1836 | 06/13/2003 | 07/30/2003 | Dismissed |
| 06-2147 | 08/01/2006 | 10/26/2007 | Affirmed |
| 09-1023 | 01/07/2009 | 04/21/2010 | 42b |
| 09-1410 | 04/01/2009 | 04/21/2010 | 42b |
| 09-1772 | 06/03/2009 | 04/21/2010 | 42b |
| 10-2141 | 09/27/2010 | 12/06/2010 | Dismissed |
| 11-1303 | 03/23/2011 | 08/30/2011 | 42b |
| 11-1610 | 05/27/2011 | 08/03/2012 | Denied |
| 11-1952 | 08/26/2011 | 11/28/2012 | Affirmed |
| 11-1964 | 08/26/2011 | 11/28/2012 | Affirmed |
| 11-1987 | 09/07/2011 | 11/28/2012 | Affirmed |
| 11-2001 | 09/07/2011 | 11/28/2012 | Affirmed |
| 15-1781 | 07/02/2015 | 07/17/2015 | Transferred |
| 16-2097 | 08/25/2016 | 10/14/2016 | Transferred |
| 17-1130 | 02/01/2017 | 08/24/2017 | Transferred |
| 17-1166 | 02/15/2017 | 01/24/2018 | Affirmed |
| 17-1354 | 04/10/2017 | 01/24/2018 | Affirmed |
| 20-1024 | 01/07/2020 | 10/14/2020 | Remanded |
| 20-1456 | 04/27/2020 | 07/01/2021 | Remanded |
| 21-1874 | 11/02/2021 | 07/12/2022 | Remanded |
| 24-1041 | 01/10/2024 | 04/16/2024 | Dismissed |
| 92-1335 | 03/26/1992 | 04/02/1996 | - |
| 95-1019 | 01/05/1995 | 04/02/1996 | - |
| 95-1047 | 01/11/1995 | 04/02/1996 | - |
| 95-1048 | 01/11/1995 | 04/02/1996 | - |
| 99-1469 | 04/23/1999 | 10/01/1999 | Affirmed |

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Related | | | | |

| 23-1832 | 24-1041 | 01/10/2024 |
| 23-1832 | 24-1617 | 07/01/2024 |
| 24-1041 | 24-1617 | 07/01/2024 |

**Panel Assignment:**    Not available

---

| CONSERVATION LAW FOUNDATION, INC. Petitioner | Emily Green Direct: 207-210-6439 [NTC Retained] Conservation Law Foundation 53 Exchange St Ste 200 Portland, ME 04101 |
|---|---|
| v. | |
| NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION Respondent | Benjamin M. Block Direct: 207-780-3257 Fax: 207-780-3304 [NTC Federal Government] US Attorney's Office 100 Middle St East Tower, 6th Fl Portland, ME 04101-4100 Joshua Koppel Direct: 202-514-4820 [COR NTC Federal Government] US Dept of Justice Civil Division Rm 7212 950 Pennsylvania Ave NW Washington, DC 20530-0001 |
| SOPHIE SHULMAN, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration Respondent | Benjamin M. Block Direct: 207-780-3257 [NTC Federal Government] (see above) Joshua Koppel Direct: 202-514-4820 [COR NTC Federal Government] (see above) |
| PETER PAUL MONTGOMERY BUTTIGIEG, in his official capacity as Secretary of the United States Department of Transportation Respondent | Benjamin M. Block Direct: 207-780-3257 [NTC Federal Government] (see above) Joshua Koppel Direct: 202-514-4820 [COR NTC Federal Government] (see above) |

CONSERVATION LAW FOUNDATION,

Petitioner,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; SOPHIE SHULMAN, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; PETER PAUL MONTGOMERY BUTTIGIEG, in his official capacity as Secretary of the United States Department of Transportation,

Respondents.

| 06/24/2024 | ☐ 🗎<br>10 pg, 179.4 KB | AGENCY CASE docketed. Petition for review filed by Petitioner Conservation Law Foundation. Fee and Appearance form due **07/15/2024**. Administrative record due **08/12/2024**. Copy of petition served on respondent(s) pursuant to FRAP 15(c). [24-1617] (ALW) [Entered: 07/01/2024 10:23 AM] |
|---|---|---|
| 07/02/2024 | ☐ 🗎<br>1 pg, 104.18 KB | NOTICE of appearance on behalf of Respondents National Highway Traffic Safety Administration, Sophie Shulman and Peter Paul Montgomery Buttigieg filed by Attorney Joshua M. Koppel. Served on 07/02/2024. [24-1617] (JK) [Entered: 07/02/2024 11:31 AM] |
| 07/05/2024 | ☐ 🗎<br>3 pg, 149.32 KB | DISCLOSURE statement filed by Petitioner Conservation Law Foundation, Inc.. Served on 07/05/2024. [24-1617] (EG) [Entered: 07/05/2024 11:55 AM] |
| 07/08/2024 | ☐ 🗎<br>1 pg, 98.96 KB | NOTICE of appearance on behalf of Petitioner Conservation Law Foundation, Inc. filed by Attorney Emily K. Green. Served on 07/08/2024. [24-1617] (EG) [Entered: 07/08/2024 02:21 PM] |

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION,<br><br>        *Petitioner,*<br><br>    v.<br><br>NATIONAL HIGHWAY TRAFFIC<br>SAFETY ADMINISTRATION;<br>SOPHIE SHULMAN, in her official<br>capacity as Deputy Administrator of the<br>National Highway Traffic Safety<br>Administration; and<br>PETE BUTTIGIEG, in his official capacity<br>as Secretary of the United States<br>Department of Transportation,<br><br>        *Respondents.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **Petition for Review**<br><br>   Case No. 24-_____ |

In accordance with 49 U.S.C. § 32909(a)(1) and Federal Rule of Appellate

Procedure 15, Petitioner Conservation Law Foundation hereby petitions this Court

for review of the final action taken by Respondent National Highway Traffic

Safety Administration entitled *Corporate Average Fuel Economy Standards for*

*Passenger Cars and Light Trucks for Model Years 2027 and Beyond and Fuel*

*Efficiency Standards for Heavy-Duty Pickup Trucks and Vans for Model Years*

*2030 and Beyond,* published at 89 Fed. Reg. 52540 (June 24, 2024).

Respectfully submitted,

*/s/ Emily K. Green*

Emily Green
Conservation Law Foundation
53 Exchange Street, Suite 200
Portland, ME 04101
(207) 210-6439
egreen@clf.org

*Counsel for*
*Conservation Law Foundation*

Filed: June 24, 2024

2

**ACMS Docket Report**
**United States Court of Appeals for the Second Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 24-1770 | **Docketed:** 07/02/2024 |

Natural Resources Defense Council v. United States National Highway Traffic Safety Administration
**Appeal From:** National Highway Traffic Safety Admin
**Fee Status:** Paid

**Case Type Information:**
  1) Agency
  2) Non-Immigration Petition for Review
  3)

**Originating Court Information:**
  Agency: NHTS : NHTSA-2023-0022
  Date Rec'd COA: 06/24/2024

**Prior Cases:**
**Current Cases:**

---

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL<br>  Petitioner | Peter Huffman, -<br>Direct: 202-705-3135<br>[Retained]<br>Natural Resources Defense Council<br>1152 15th Street, NW<br>Suite 300<br>Washington, DC 20005 |
| UNITED STATES NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION<br>  Respondent | Benjamin H. Torrance, Assistant U.S. Attorney<br>[US Attorney]<br>United States Attorney's Office for the Southern District of New York<br>86 Chambers Street<br>New York, NY 10007 |
| SOPHIE SHULMAN, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration<br>  Respondent | Benjamin H. Torrance, Assistant U.S. Attorney<br>[US Attorney]<br>United States Attorney's Office for the Southern District of New York<br>86 Chambers Street<br>New York, NY 10007 |
| PETE BUTTIGIEG, in his official capacity as Secretary of the United States Department of Transportation<br>  Respondent | Benjamin H. Torrance, Assistant U.S. Attorney<br>[US Attorney]<br>United States Attorney's Office for the Southern District of New York<br>86 Chambers Street<br>New York, NY 10007 |

---

Natural Resources Defense Council,

      Petitioner,

  v.

United States National Highway Traffic Safety Administration, Sophie Shulman, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration, Pete Buttigieg, in his official capacity as Secretary of the United States Department of Transportation,

      Respondents.

---

| | | |
|---|---|---|
| 06/24/2024 | ☐ 1<br>2 pg, 417 KB | PETITION FOR REVIEW OF AGENCY ORDER, on behalf of Petitioner Natural Resources Defense Council, FILED. [Entered: 07/02/2024 09:01 AM] |
| 06/24/2024 | ☐ 2<br>200 pg, 28283 KB | AGENCY DECISION AND ORDER, dated 06/24/2024, RECEIVED. [Entered: 07/02/2024 09:01 AM] [Edited: 07/02/2024 11:50 AM] |
| 06/24/2024 | ☐ 3<br>215 pg, 53001 KB | AGENCY DECISION AND ORDER, dated 06/24/2024, RECEIVED. [Entered: 07/02/2024 09:01 AM] [Edited: 07/02/2024 12:01 PM] |
| 07/02/2024 | ☐ 4<br>1 pg, 157 KB | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL/ADDITIONAL COUNSEL, on behalf of Pete Buttigieg, Sophie Shulman, United States National Highway Traffic Safety Admin, FILED. [Entered: 07/02/2024 11:48 AM] |
| 07/02/2024 | ☐ 5<br>419 pg, 81910 KB | PETITION FOR REVIEW OF AGENCY ORDER, on behalf of Petitioner Natural Resources Defense Council, received on 06/24/2024, OPENED. [Entered: 07/02/2024 12:06 PM] |

| 06/24/2024 | 6 | PAYMENT OF DOCKETING FEE, on behalf of Petitioner Natural Resources Defense Council, USCA receipt # A02-3205-ACMS, FILED. [Entered: 07/02/2024 12:46 PM] |
| 07/02/2024 | ☐ 7<br>418 pg. 81873 KB | PETITION FOR REVIEW OF AGENCY ORDER, SERVED. [Entered: 07/02/2024 12:51 PM] |
| 07/02/2024 | ☐ 8<br>1 pg. 153 KB | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL/ADDITIONAL COUNSEL, on behalf of Pete Buttigieg, Sophie Shulman, United States National Highway Traffic Safety Admin, FILED. [Entered: 07/02/2024 02:08 PM] |
| 07/02/2024 | ☐ 9<br>1 pg. 432 KB | CERTIFICATE OF SERVICE, for (edit by court), on behalf of Petitioner Natural Resources Defense Council, FILED. Service date 07/02/2024 by ACMS. [Entered: 07/02/2024 04:36 PM] |

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, | ) ) ) |
| *Petitioner,* | ) ) |
| v. | ) ) |
| NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; SOPHIE SHULMAN, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; and PETE BUTTIGIEG, in his official capacity as Secretary of the United States Department of Transportation, | ) ) ) ) ) ) ) ) ) ) ) |
| *Respondents.* | ) ) |

**Petition for Review**

Case No. 24-_____

Petitioner Natural Resources Defense Council seeks review of final action of

the National Highway Traffic Safety Administration published under the title

*Corporate Average Fuel Economy Standards for Passenger Cars and Light Trucks*

*for Model Years 2027 and Beyond and Fuel Efficiency Standards for Heavy-Duty*

*Pickup Trucks and Vans for Model Years 2030 and Beyond*, 89 Fed. Reg. 52,540

(June 24, 2024).

A copy of the challenged final rule is attached as Exhibit A to this petition.

Respectfully submitted,

/s/ *Pete Huffman*

Pete Huffman
Natural Resources Defense Council
1152 15th St. NW, Suite 300
Washington, DC 20005
(202) 289-6868
phuffman@nrdc.org

Ian Fein
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-6100
ifein@nrdc.org

*Counsel for*
*Natural Resources Defense Council*

Filed: June 24, 2024

**General Docket**
**United States Court of Appeals for the Fifth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #: 24-60311** | **Docketed: 06/17/2024** |

Valero Renewable Fuels v. Buttigieg
**Appeal From:** Department of Transportation, National Transportation Safety Board
**Fee Status:** Fee Due

**Case Type Information:**
  **1)** Agency
  **2)** Petition for Review
  **3)**

**Originating Court Information:**
  **District:** TRAN-1 : 49 CFR Parts 523      **Date Rec'd COA:**
  **Date Decided:**                                     06/17/2024
  06/07/2024

  **District:** TRAN-1 : 49 CFR Parts 531      **Date Rec'd COA:**
  **Date Decided:**                                     06/17/2024
  06/07/2024

  **District:** TRAN-1 : 49 CFR Parts 533      **Date Rec'd COA:**
  **Date Decided:**                                     06/17/2024
  06/07/2024

  **District:** TRAN-1 : 49 CFR Parts 535      **Date Rec'd COA:**
  **Date Decided:**                                     06/17/2024
  06/07/2024

  **District:** TRAN-1 : 49 CFR Parts 536      **Date Rec'd COA:**
  **Date Decided:**                                     06/17/2024
  06/07/2024

  **District:** TRAN-1 : 49 CFR Parts 537      **Date Rec'd COA:**
  **Date Decided:**                                     06/17/2024
  06/07/2024

  **District:** TRAN-1 : NHTSA-2023-0022      **Date Rec'd COA:**
  **Date Decided:**                                     06/24/2024
  06/24/2024

**Prior Cases:**
  None

**Current Cases:**
  None

**Panel Assignment:**    Not available

| | |
|---|---|
| Valero Renewable Fuels Company, L.L.C.<br>      Petitioner | Jeffrey B. Wall<br>Direct: 202-956-7500<br>Email: wallj@sullcrom.com<br>Fax: 202-956-7676<br>[COR LD NTC Retained]<br>Sullivan & Cromwell, L.L.P. |

Suite 700
1700 New York Avenue, N.W.
Washington, DC 20006-5215

Brittany M. Pemberton
Direct: 202-828-1708
Email: brittany.pemberton@bracewell.com
[COR NTC Retained]
Bracewell, L.L.P.
Suite 900
2001 M Street, N.W.
Washington, DC 20036

| | |
|---|---|
| Diamond Alternative Energy, L.L.C.<br>Petitioner | Jeffrey B. Wall<br>Direct: 202-956-7500<br>[COR LD NTC Retained]<br>(see above)<br><br>Brittany M. Pemberton<br>Direct: 202-828-1708<br>[COR NTC Retained]<br>(see above) |
| American Petroleum Institute<br>Petitioner | Paul D. Clement<br>Direct: 202-742-8900<br>Email: paul.clement@clementmurphy.com<br>[NTC Retained]<br>Clement & Murphy, P.L.L.C.<br>706 Duke Street<br>Alexandria, VA 22314 |
| American Farm Bureau Federation<br>Petitioner | Paul D. Clement<br>Direct: 202-742-8900<br>[NTC Retained]<br>(see above) |
| Texas Farm Bureau<br>Petitioner | Paul D. Clement<br>Direct: 202-742-8900<br>[NTC Retained]<br>(see above) |
| National Corn Growers Association<br>Petitioner | Paul D. Clement<br>Direct: 202-742-8900<br>[NTC Retained]<br>(see above) |
| Texas Corn Producers Association<br>Petitioner | Michael B. Buschbacher<br>Direct: 317-513-0622<br>Email: m.b.buschbacher@gmail.com<br>[NTC Retained]<br>Boyden Gray, P.L.L.C.<br>Suite 350<br>801 17th Street, N.W.<br>Washington, DC 20006 |

Paul D. Clement
Direct: 202-742-8900
[NTC Retained]
(see above)

**Baxter Ford, Incorporated**
        Petitioner

Paul D. Clement
Direct: 202-742-8900
[NTC Retained]
(see above)

v.

**Pete Buttigieg, Secretary, U.S. Department of Transportation**
        Respondent

Joshua Koppel
Direct: 202-514-4820
Email: joshua.m.koppel@usdoj.gov
[COR LD NTC Government]
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Elaine L. Chao, Secretary, U.S. Department of Transportation
Direct: 202-366-4000
[NTC For Information Only]
U.S. Department of Transportation
400 7th Street, S.W.
Washington, DC 20590

Adam Raviv
[NTC Government]
U.S. Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, DC 20590

**Sophie Shulman, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration**
        Respondent

Joshua Koppel
Direct: 202-514-4820
[COR LD NTC Government]
(see above)

Elaine L. Chao, Secretary, U.S. Department of Transportation
Direct: 202-366-4000
[NTC For Information Only]
(see above)

Adam Raviv
[NTC Government]
(see above)

**National Highway Traffic Safety Administration**
        Respondent

Joshua Koppel
Direct: 202-514-4820
[COR LD NTC Government]
(see above)

Elaine L. Chao, Secretary, U.S. Department of
Transportation
Direct: 202-366-4000
[NTC For Information Only]
(see above)

Adam Raviv
[NTC Government]
(see above)

Valero Renewable Fuels Company, L.L.C.; Diamond Alternative Energy, L.L.C.; American Petroleum Institute; American Farm Bureau Federation; Texas Farm Bureau; National Corn Growers Association; Texas Corn Producers Association; Baxter Ford, Incorporated,

      Petitioners

v.

Pete Buttigieg, Secretary, U.S. Department of Transportation; Sophie Shulman, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; National Highway Traffic Safety Administration,

      Respondents

| 06/17/2024 | ☐ 1<br>11 pg, 2.29 MB | AGENCY CASE docketed. Petition for review filed by Petitioners Diamond Alternative Energy, L.L.C. and Valero Renewable Fuels Company, L.L.C.. Date received in 5th Circuit: 06/17/2024. Fee due on 07/02/2024 for Petitioners Diamond Alternative Energy, L.L.C. and Valero Renewable Fuels Company, L.L.C.. Administrative Record due on 07/29/2024 [24-60311] (MAS) [Entered: 06/17/2024 02:49 PM] |
|---|---|---|
| 06/17/2024 | ☐ 2<br>1005 pg, 8.34 MB | EXHIBITS IN SUPPORT of filed by Petitioners Diamond Alternative Energy, L.L.C. and Valero Renewable Fuels Company, L.L.C. Date of Service: 06/17/2024 [24-60311] (MAS) [Entered: 06/17/2024 03:36 PM] |
| 06/18/2024 | ☐ 5 | INITIAL CASE CHECK by Attorney Advisor complete. Action: Case OK to Process. [5] Initial AA Check Due satisfied. [24-60311] (RAJ) [Entered: 06/18/2024 12:48 PM] |
| 06/22/2024 | ☐ 6<br>1 pg, 158.92 KB | APPEARANCE FORM for the court's review. Lead Counsel? Yes. [24-60311] (Joshua Koppel ) [Entered: 06/22/2024 09:57 PM] |
| 06/24/2024 | ☐ 7 | APPEARANCE FORM FILED by Attorney(s) Joshua Koppel for party(s) Respondent Sophie Shulman Respondent Pete Buttigieg, Secretary, U.S. Department of Transportation Respondent National Highway Traffic Safety Administration, in case 24-60311 [24-60311] (RAJ) [Entered: 06/24/2024 05:04 PM] |
| 06/28/2024 | ☐ 9<br>1 pg, 152.26 KB | APPEARANCE FORM for the court's review. Lead Counsel? Yes. [24-60311] (Jeffrey B. Wall ) [Entered: 06/28/2024 10:13 AM] |
| 06/28/2024 | ☐ 10 | APPEARANCE FORM FILED by Attorney Jeffrey B. Wall for Petitioner Diamond Alternative Energy, L.L.C. in 24-60311, Attorney Jeffrey B. Wall for Petitioner Valero Renewable Fuels Company, L.L.C. in 24-60311 [24-60311] (RA) [Entered: 06/28/2024 03:27 PM] |
| 07/01/2024 | ☐ 11<br>429 pg, 6.35 MB | CASE CAPTION updated. Additional appeal filed. [11] Parties added: Petitioners American Petroleum Institute, American Farm Bureau Federation, Texas Farm Bureau, National Corn Growers Association, Texas Corn Producers Association and Baxter Ford, Incorporated. NOA filed by Petitioners Baxter Ford, Incorporated, Texas Corn Producers Association, National Corn Growers Association, Texas Farm Bureau, American Farm Bureau Federation and American Petroleum Institute. Administrative Record due on 08/12/2024 [11] [24-60311] (RA) [Entered: 07/01/2024 11:09 AM] |
| 07/01/2024 | ☐ 12 | PARTY LIMIT CASE. (FOR A FULL LIST OF PARTIES FOR THIS APPEAL, PLEASE REFER TO THE PETITIONS FOR REVIEW.) [24-60311] (RA) [Entered: 07/01/2024 11:35 AM] |
| 07/01/2024 | ☐ 14<br>427 pg, 62.14 MB | CASE CAPTION updated. Additional appeal filed. [14] NOA filed by Petitioners Diamond Alternative Energy, L.L.C. and Valero Renewable Fuels Company, L.L.C.. [14] [24-60311] (RA) [Entered: 07/01/2024 01:46 PM] |
| 07/02/2024 | ☐ 18 | INITIAL CASE CHECK by Attorney Advisor complete. Action: Case OK to Process. [18] Initial AA Check Due satisfied. [24-60311] (RA) [Entered: 07/02/2024 09:01 AM] |
| 07/02/2024 | ☐ 19<br>1 pg, 186.5 KB | APPEARANCE FORM received from Ms. Brittany M. Pemberton for Diamond Alternative Energy, L.L.C. and Valero Renewable Fuels |

| | | | Company, L.L.C. for the court's review. Lead Counsel? No. [24-60311] (Brittany M. Pemberton ) [Entered: 07/02/2024 11:05 AM] |
| 07/03/2024 | ☐ | 20 | APPEARANCE FORM FILED by Attorney Brittany M. Pemberton for Petitioner Diamond Alternative Energy, L.L.C. in 24-60311, Attorney Brittany M. Pemberton for Petitioner Valero Renewable Fuels Company, L.L.C. in 24-60311 [24-60311] (RAJ) [Entered: 07/03/2024 12:39 PM] |

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

VALERO RENEWABLE FUELS
COMPANY, LLC and DIAMOND
ALTERNATIVE ENERGY, LLC

_Petitioners,_

v.

PETER BUTTIGIEG, _in his official capacity
as Secretary of the United States Department
of Transportation,_

SOPHIE SHULMAN, _in her official capacity
as Deputy Administrator of the National
Highway Traffic Safety Administration;_ and

NATIONAL HIGHWAY TRAFFIC SAFETY
ADMINISTRATION,

_Respondents._

Case No. 24-_____

## PETITION FOR REVIEW

Pursuant to 5 U.S.C. § 706, 49 U.S.C. § 32909(a)(1), and Federal Rule of

Appellate Procedure 15(a), Valero Renewable Fuels Company, LLC and

Diamond Alternative Energy, LLC hereby petition this Court for review of a

rule of the National Highway Transportation Association captioned _Corporate

Average Fuel Economy Standards for Passenger Cars and Light Trucks for

Model Years 2027 and Beyond and Fuel Efficiency Standards for Heavy-_

*Duty Pickup Trucks and Vans for Model Years 2030 and Beyond*, and signed on June 7, 2024. A copy of the rule is attached to this petition as Exhibit A.

The rule sets Corporate Average Fuel Economy standards for passenger cars and light trucks for Model Years 2027-2031, and fuel efficiency standards for heavy-duty pickup trucks and vans for Model Years 2030-2035.

Venue in this Circuit is proper under 49 U.S.C. § 32909(a) because the new rule was prescribed under 42 U.S.C. § 32902, petitioners are adversely affected by the rule, and petitioners' principal offices are located in Texas. NHTSA has not taken a formal position on the definition of "issu[ance]" under 28 U.S.C. § 2112(a) for purposes of petitioning for review of its orders. Therefore, petitioners plan to file another petition after publication of the final rule in the Federal Register to preserve their rights.

Petitioners produce and sell liquid fuels used in motor vehicles and participated in the rulemaking process by commenting on the rule when proposed. Petitioners seek review of the rule on the grounds that it is arbitrary, capricious, and an abuse of discretion within the meaning of the Administrative Procedure Act, 5 U.S.C. § 701, *et seq.*; in excess of the agency's statutory authority; unconstitutional; and otherwise contrary to law.

2

Petitioners respectfully request that this Court hold unlawful, vacate, enjoin, and set aside the rule and provide such additional relief as may be appropriate.

JUNE 17, 2024                    Respectfully submitted,

                                 /s/ Jeffrey B. Wall
                                 JEFFREY B. WALL
                                 MORGAN L. RATNER
                                 SULLIVAN & CROMWELL LLP
                                 1700 New York Avenue NW
                                 Washington, DC 20006-5215
                                 (202) 956-7500
                                 wallj@sullcrom.com

                                 BRITTANY M. PEMBERTON
                                 BRACEWELL LLP
                                 2001 M Street NW, Suite 900
                                 Washington, DC 20036
                                 (202) 828-5800
                                 brittany.pemberton@bracewell.com

                                 *Counsel for Diamond Alternative
                                 Energy, LLC, and Valero
                                 Renewable Fuels Company, LLC*

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | |
|---|---|
| AMERICAN PETROLEUM INSTITUTE, AMERICAN FARM BUREAU FEDERATION, TEXAS FARM BUREAU, NATIONAL CORN GROWERS ASSOCIATION, TEXAS CORN PRODUCERS ASSOCIATION, BAXTER FORD, INC., CELEBRITY MOTOR CARS, LLC, CELEBRITY MOTORS OF TOMS RIVER, LLC, CELEBRITY OF SPRINGFIELD, LLC, CELEBRITY OF WESTCHESTER, LLC, GATES NISSAN LLC, AML AUTOMOTIVE PEORIA, LLC, LOQUERCIO AUTOMOTIVE, INC., LOQUERCIO AUTOMOTIVE GOE, LLC, LOQUERCIO AUTOMOTIVE GOSHEN, LLC, LOQUERCIO AUTOMOTIVE MCH, LLC, LOQUERCIO AUTOMOTIVE MCK, LLC, LOQUERCIO AUTOMOTIVE SOUTH, INC., LOQUERCIO AUTOMOTIVE WEST, LLC, RAECOM HOLDINGS, LLC, and TARVER MOTOR COMPANY, INC., <br><br> *Petitioners,* <br><br> v. <br><br> NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; SOPHIE SHULMAN, in her official capacity as Acting Administrator of the National Highway Traffic Safety Administration; UNITED STATES DEPARTMENT OF TRANSPORTATION; and PETER BUTTIGIEG, in his official capacity as Secretary of the United States Department of Transportation, <br><br> *Respondents.* | U.S. COURT OF APPEALS <br> RECEIVED <br> **June 26, 2024** <br> FIFTH CIRCUIT <br><br><br> Case No. 24-_____ |

# CERTIFICATE OF INTERESTED PERSONS

No. 24-_____, *American Petroleum Institute v. National Highway Traffic Safety Administration*

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 28.2.1, undersigned counsel of record further certifies that no petitioner has any parent corporation and no publicly held corporation owns 10% or more of the stock of any petitioner.

Petitioners:

American Petroleum Institute
American Farm Bureau Federation
Texas Farm Bureau
National Corn Growers Association
Texas Corn Producers Association
Baxter Ford, Inc.
Celebrity Motor Cars, LLC, dba Lexus of Route 10
Celebrity Motors of Toms River, LLC, dba Celebrity Ford of Toms River
Celebrity of Springfield, LLC, dba BMW of Springfield
Celebrity of Westchester, LLC, dba Mercedes Benz of Goldens Bridge
Gates Nissan LLC, dba Gates Nissan
AML Automotive Peoria, LLC, dba Peoria Ford
Loquercio Automotive, Inc., dba Elgin Hyundai
Loquercio Automotive GOE, LLC, dba Genesis of Elgin
Loquercio Automotive Goshen, LLC, dba Buick GMC of Goshen
Loquercio Automotive MCH, LLC, dba Michigan City Hyundai

Loquercio Automotive MCK, LLC, dba Michigan City Kia
Loquercio Automotive South, Inc., dba Honda City
Loquercio Automotive West, LLC, dba Elgin Chrysler
Raecom Holdings, LLC
Tarver Motor Company, Inc., dba Lake Charles Toyota

Counsel for Petitioners:

CLEMENT & MURPHY, PLLC
Paul D. Clement
C. Harker Rhodes IV
Nicholas A. Aquart

Counsel for Petitioner Texas Corn Producers Association:

BOYDEN GRAY PLLC
Michael Buschbacher
James R. Conde
Laura B. Ruppalt

Respondents:

National Highway Traffic Safety Administration
United States Department of Transportation
Sophie Shulman, in her official capacity as Acting Administrator of the
    National Highway Traffic Safety Administration
Peter Buttigieg, in his official capacity as Secretary of the United States
    Department of Transportation

Counsel for Respondents:

Adam Raviv, in his official capacity as Chief Counsel for the National
    Highway Traffic Safety Administration
Subash Iyer, in his official capacity as Acting General Counsel for the United
    States Department of Transportation
Merrick B. Garland, in his official capacity as Attorney General of the United
    States
Todd Kim, in his official capacity as Assistant Attorney General of the United
    States

Dated: June 26, 2024                    Respectfully submitted,

                                        s/Paul D. Clement
                                        PAUL D. CLEMENT
                                        *Counsel of Record*
                                        C. HARKER RHODES IV
                                        NICHOLAS A. AQUART*
                                        CLEMENT & MURPHY, PLLC
                                        706 Duke Street
                                        Alexandria, VA 22314
                                        (202) 742-8900
                                        paul.clement@clementmurphy.com
                                        *Supervised by principals of the firm who are
                                        members of the Virginia bar

                                        *Counsel for Petitioners*

                                        MICHAEL BUSCHBACHER
                                        JAMES R. CONDE
                                        LAURA B. RUPPALT
                                        BOYDEN GRAY PLLC
                                        801 17th St. NW, #350
                                        Washington, DC 20006
                                        (202) 955-0620
                                        mbuschbacher@boydengray.com

                                        *Counsel for Petitioner Texas Corn
                                        Producers Association*

## PETITION FOR REVIEW

Pursuant to 49 U.S.C. §32909(a)(1) and Federal Rule of Appellate Procedure 15(a), Petitioners American Petroleum Institute, American Farm Bureau Federation, Texas Farm Bureau, National Corn Growers Association, Texas Corn Producers Association, Baxter Ford, Inc., Celebrity Motor Cars, LLC, Celebrity Motors of Toms River, LLC, Celebrity of Springfield, LLC, Celebrity of Westchester, LLC, Gates Nissan LLC, AML Automotive Peoria, LLC, Loquercio Automotive, Inc., Loquercio Automotive GOE, LLC, Loquercio Automotive Goshen, LLC, Loquercio Automotive MCH, LLC, Loquercio Automotive MCK, LLC, Loquercio Automotive South, Inc., Loquercio Automotive West, LLC, Raecom Holdings, LLC, and Tarver Motor Company, Inc., petition this Court for review of the final action of Respondents the National Highway Traffic Safety Act ("NHTSA") and Sophie Shulman, in her official capacity as Acting Administrator of NHTSA, exercising delegated authority from the Department of Transportation ("DOT") and Pete Buttigieg, in his official capacity as Secretary of Transportation, entitled "Corporate Average Fuel Economy Standards for Passenger Cars and Light Trucks for Model Years 2027 and Beyond and Fuel Efficiency Standards for Heavy-Duty Pickup Trucks and Vans for Model Years 2030 and Beyond," published at 89 Fed. Reg. 52,540 (June 24, 2024). A copy of that final agency action is attached to this petition as Exhibit A.

NHTSA's final rule exceeds the agency's statutory authority and is otherwise arbitrary, capricious, an abuse of discretion, and not in accordance with law. *See* 5 U.S.C. §706(2)(A), (C). Petitioners accordingly ask this Court to declare unlawful and vacate NHTSA's final action. *See id.* This Court has jurisdiction over this case, and venue is proper in this Court under 49 U.S.C. §32909(a)(1) because Petitioner Texas Farm Bureau has its principal place of business in this Circuit at 7420 Fish Pond Road in Waco, Texas, Petitioner Texas Corn Producers Association has its principal place of business in this Circuit at 4205 N. Interstate 27 in Lubbock, Texas, and Petitioner Tarver Motor Company, Inc. has its principal place of business in this Circuit at 3905 Gerstner Memorial Drive in Lake Charles, Louisiana.

Dated: June 26, 2024                    Respectfully submitted,

                                        s/Paul D. Clement
                                        PAUL D. CLEMENT
                                        *Counsel of Record*
                                        C. HARKER RHODES IV
                                        NICHOLAS A. AQUART*
                                        CLEMENT & MURPHY, PLLC
                                        706 Duke Street
                                        Alexandria, VA 22314
                                        (202) 742-8900
                                        paul.clement@clementmurphy.com
                                        *Supervised by principals of the firm who are
                                        members of the Virginia bar

                                        *Counsel for Petitioners*

                                        MICHAEL BUSCHBACHER
                                        JAMES R. CONDE
                                        LAURA B. RUPPALT
                                        BOYDEN GRAY PLLC
                                        801 17th St. NW, #350
                                        Washington, DC 20006
                                        (202) 955-0620
                                        mbuschbacher@boydengray.com

                                        *Counsel for Petitioner Texas Corn
                                        Producers Association*

## CERTIFICATE OF SERVICE

I certify that on June 26, 2024, the foregoing petition and Exhibit A thereto were electronically filed with the Clerk of Court for the U.S. Court of Appeals for the Fifth Circuit through the CM/ECF system, and the date-stamped petition and Exhibit A attached thereto will served by certified mail on the following:

Sophie Shulman, Acting Administrator
National Highway Traffic Safety Administration
1200 New Jersey Avenue SE
West Building
Washington, DC 20590

Adam Raviv, Chief Counsel
National Highway Traffic Safety Administration
1200 New Jersey Avenue SE
Washington, DC 20590

Pete Buttigieg, Secretary
Department of Transportation
U.S. Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

Subash Iyer, Acting General Counsel
Office of the General Counsel
U.S. Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

The Honorable Merrick B. Garland
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Todd Kim
Assistant Attorney General
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Dated: June 26, 2024

Respectfully submitted,

s/Paul D. Clement
PAUL D. CLEMENT
*Counsel of Record*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Counsel for Petitioners*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

VALERO RENEWABLE FUELS
COMPANY, LLC and DIAMOND
ALTERNATIVE ENERGY, LLC

*Petitioners,*

v.

PETER BUTTIGIEG, *in his official capacity
as Secretary of the United States Department
of Transportation,*

SOPHIE SHULMAN, *in her official capacity
as Deputy Administrator of the National
Highway Traffic Safety Administration*; and

NATIONAL HIGHWAY TRAFFIC SAFETY
ADMINISTRATION,

*Respondents.*

Case No. 24-____



U.S. COURT OF APPEALS
RECEIVED
**June 28, 2024**
FIFTH CIRCUIT

## PETITION FOR REVIEW

Pursuant to 5 U.S.C. § 706, 49 U.S.C. § 32909(a)(1), and Federal Rule of

Appellate Procedure 15(a), Valero Renewable Fuels Company, LLC and

Diamond Alternative Energy, LLC hereby petition this Court for review of a

rule of the National Highway Traffic Safety Administration captioned

*Corporate Average Fuel Economy Standards for Passenger Cars and Light*

*Trucks for Model Years 2027 and Beyond and Fuel Efficiency Standards for*

*Heavy-Duty Pickup Trucks and Vans for Model Years 2030 and Beyond*, and published in the Federal Register at 89 Fed. Reg. 52,540 (June 24, 2024). A copy of the final rule is attached to this petition as Exhibit A.

The rule sets Corporate Average Fuel Economy standards for passenger cars and light trucks for Model Years 2027-2031, and fuel efficiency standards for heavy-duty pickup trucks and vans for Model Years 2030-2035.

Venue in this Circuit is proper under 49 U.S.C. § 32909(a) because the new rule was prescribed under 42 U.S.C. § 32902, petitioners are adversely affected by the rule, and petitioners' principal offices are located in Texas. NHTSA has not taken a formal position on the definition of "issu[ance]" under 28 U.S.C. § 2112(a) for purposes of petitioning for review of its orders. Therefore, petitioners previously filed a petition on June 17, 2024 within 10 days of the rule's being signed to preserve their rights.

Petitioners produce and sell liquid fuels used in motor vehicles and participated in the rulemaking process by commenting on the rule when proposed. Petitioners seek review of the rule on the grounds that it is arbitrary, capricious, and an abuse of discretion within the meaning of the Administrative Procedure Act, 5 U.S.C. § 701, *et seq.*; in excess of the agency's statutory authority; unconstitutional; and otherwise contrary to law.

2

Petitioners respectfully request that this Court hold unlawful, vacate, enjoin, and set aside the rule and provide such additional relief as may be appropriate.

JUNE 28, 2024

Respectfully submitted,

/s/ Jeffrey B. Wall
JEFFREY B. WALL
MORGAN L. RATNER
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW
Washington, DC 20006-5215
(202) 956-7500
wallj@sullcrom.com

BRITTANY M. PEMBERTON
BRACEWELL LLP
2001 M Street NW, Suite 900
Washington, DC 20036
(202) 828-5800
brittany.pemberton@bracewell.com

*Counsel for Diamond Alternative Energy, LLC, and Valero Renewable Fuels Company, LLC*

3

**General Docket**
**United States Court of Appeals for the Sixth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 24-3539 | **Docketed:** 06/17/2024 |

Kentucky Corn Growers Association, et al v. Peter Buttigieg, et al
**Appeal From:** Department of Transportation, National Transportation Safety Board
**Fee Status:** fee paid

**Case Type Information:**
  **1)** Agency
  **2)** Review
  **3)** Other Agency

**Originating Court Information:**
  **District:** TRAN-1 : NHTSA-2023-0022
  **Date Filed:** 06/07/2024

**Prior Cases:**
  None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Related | | | | |
| | 24-3539 | 24-3560 | 06/26/2024 | |
| | 24-3539 | 24-3572 | 07/02/2024 | |

| | |
|---|---|
| KENTUCKY CORN GROWERS ASSOCIATION<br>  Petitioner | Michael B. Buschbacher<br>Direct: 317-513-0622<br>[COR LD NTC Retained]<br>Boyden Gray<br>801 17th Street, N.W.<br>Suite 350<br>Washington, DC 20006 |
| MICHIGAN CORN GROWERS ASSOCIATION<br>  Petitioner | Michael B. Buschbacher<br>Direct: 317-513-0622<br>[COR LD NTC Retained]<br>(see above) |
| TENNESSEE CORN GROWERS ASSOCIATION<br>  Petitioner | Michael B. Buschbacher<br>Direct: 317-513-0622<br>[COR LD NTC Retained]<br>(see above) |
| v. | |
| PETER PAUL MONTGOMERY BUTTIGIEG, in his official capacity as Secretary of the United States Department of Transportation<br>  Respondent | Joshua Koppel<br>Direct: 202-514-4820<br>[COR LD NTC Government]<br>U.S. Department of Justice<br>Appellate Staff<br>950 Pennsylvania Avenue, N.W. |

Room 7232
Washington, DC 20530

SOPHIE SHULMAN, in her official capacity as
Deputy Administrator of the National Highway
Traffic Safety Administration
          Respondent

Joshua Koppel
Direct: 202-514-4820
[COR LD NTC Government]
(see above)

NATIONAL HIGHWAY TRAFFIC SAFETY
ADMINISTRATION
          Respondent

Joshua Koppel
Direct: 202-514-4820
[COR LD NTC Government]
(see above)

KENTUCKY CORN GROWERS ASSOCIATION; MICHIGAN CORN GROWERS ASSOCIATION; TENNESSEE CORN GROWERS ASSOCIATION

       Petitioners

v.

PETER PAUL MONTGOMERY BUTTIGIEG, in his official capacity as Secretary of the United States Department of Transportation; SOPHIE SHULMAN, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION

       Respondents

| 06/17/2024 | ☐ 1<br>925 pg, 8.52 MB | Agency Case Docketed. Notice filed by Petitioners Kentucky Corn Growers Association, Michigan Corn Growers Association and Tennessee Corn Growers Association. Petition Received in 6CA: 06/17/2024. (CAM) [Entered: 06/17/2024 01:30 PM] |
|---|---|---|
| 06/17/2024 | ☐ 2 | The case manager for this case is: C. Anthony Milton (CAM) [Entered: 06/17/2024 01:32 PM] |
| 06/22/2024 | ☐ 3<br>1 pg, 103.79 KB | APPEARANCE filed for Respondents Peter Paul Montgomery Buttigieg, NHTSA and Sophie Shulman by Joshua M. Koppel. Certificate of Service: 06/22/2024. [24-3539] (JK) [Entered: 06/22/2024 10:59 PM] |
| 07/03/2024 | ☐ 4<br>1 pg, 99.05 KB | APPEARANCE filed for Petitioners Kentucky Corn Growers Association, Michigan Corn Growers Association and Tennessee Corn Growers Association by Michael Buschbacher. Certificate of Service: 07/03/2024. [24-3539] (MBB) [Entered: 07/03/2024 11:19 AM] |

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

KENTUCKY CORN GROWERS
ASSOCIATION; MICHIGAN CORN
GROWERS ASSOCIATION;
TENNESEE CORN GROWERS
ASSOCIATION,

        *Petitioners,*

v.

PETER BUTTIGIEG, *in his official
capacity as Secretary of the United
States Department of
Transportation*; SOPHIE
SHULMAN, *in her official capacity
as Deputy Administrator of the
National Highway Traffic Safety
Administration*; and NATIONAL
HIGHWAY TRAFFIC SAFETY
ADMINISTRATION,

        *Respondents.*

**RECEIVED**
07/17/2024
KELLY L. STEPHENS, Clerk

No. 24-_____
Docket No. NHTSA-2023-0022

## PETITION FOR REVIEW

Pursuant to 49 U.S.C. § 32909 and Federal Rule of Appellate

Procedure 15(a), the Kentucky Corn Growers Association, the Michigan

Corn Growers Association, and the Tennessee Corn Growers Association

("Petitioners") hereby petition this Court for review of the United States

1

National Highway Traffic Safety Administration's ("NHTSA") final rule, *Corporate Average Fuel Economy Standards for Passenger Cars and Light Trucks for Model Years 2027 and Beyond and Fuel Efficiency Standards for Heavy-Duty Pickup Trucks and Vans for Model Years 2030 and Beyond*, signed on June 7, 2024. A copy of the final rule is attached as Exhibit A.

Section 32902 of Title 49 of the U.S. Code provides that "a person that may be adversely affected by a regulation prescribed in carrying out any of sections 32901–32904 or 32908 of this title may apply for review of the regulation by filing a petition for review in the United States Court of Appeals for the District of Columbia Circuit or in the court of appeals of the United States for the circuit in which the person resides or has its principal place of business." 49 U.S.C. § 32909(a). Such a "petition must be filed not later than 59 days after the regulation is prescribed." *Id.* § 32909(b). Jurisdiction and venue are proper under 49 U.S.C. § 32909, because Petitioners are adversely affected by a regulation prescribed under 49 U.S.C. § 32902 and because Petitioners all reside in this Circuit.

NHTSA has not taken a formal position on the definition of "issu[ance]" under 28 U.S.C. § 2112(a) for purposes of petitioning for

2

review of its orders. Therefore, petitioners plan to file another petition after publication of the final rule in the Federal Register to preserve their rights.

Dated: June 17, 2024

Respectfully submitted,

/s/ Michael Buschbacher
MICHAEL BUSCHBACHER
  *Counsel of Record*
JAMES R. CONDE
LAURA B. RUPPALT
BOYDEN GRAY PLLC
801 17th St. NW, #350
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com
*Counsel for Petitioners*

3

**General Docket**
**United States Court of Appeals for the Sixth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 24-3560 | **Docketed:** 06/26/2024 |

WV, et al v. Peter Buttigieg, et al
**Appeal From:** Department of Transportation, National Transportation Safety Board
**Fee Status:** fee paid

**Case Type Information:**
  **1)** Agency
  **2)** Review
  **3)** Other Agency

**Originating Court Information:**
  **District:** TRAN-1 : NHTSA-2023-0022
  **Date Filed:** 06/24/2024

**Prior Cases:**
  None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Related | | | | |
| | 24-3539 | 24-3560 | 06/26/2024 | |
| | 24-3539 | 24-3572 | 07/02/2024 | |

| | |
|---|---|
| STATE OF WEST VIRGINIA<br>    Petitioner | Michael Ray Williams<br>Direct: 304-558-2021<br>[COR LD NTC Retained]<br>Office of the Attorney General<br>of West Virginia<br>1900 Kanawha Boulevard, E.<br>Building 1, Room 26E<br>Charleston, WV 25305<br><br>Frank Anthony Dame<br>Direct: 304-558-2021<br>[NTC Retained]<br>Office of the Attorney General<br>of West Virginia<br>1900 Kanawha Boulevard, E.<br>Building 1, Room 26E<br>Charleston, WV 25305 |
| COMMONWEALTH OF KENTUCKY<br>    Petitioner | Matthew Franklin Kuhn<br>[COR LD NTC Retained]<br>Office of the Attorney General<br>of Kentucky<br>Firm: 502-696-5300<br>700 Capitol Avenue<br>Suite 118<br>Frankfort, KY 40601 |

Jacob M. Abrahamson
Direct: 502-696-5300
[COR NTC Retained]
Office of the Attorney General
of Kentucky
Firm: 502-696-5300
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

STATE OF ALABAMA
    Petitioner

Edmund Gerard LaCour, Jr.
[COR LD NTC Retained]
Office of the Attorney General
of Alabama
P.O. Box 300152
Montgomery, AL 36130-0152

STATE OF ALASKA
    Petitioner

Thomas Mooney-Myers
Direct: 907-269-5100
[NTC Retained]
Office of the Attorney General
of Alaska
1031 W. Fourth Street
Suite 200
Anchorage, AK 99501

STATE OF ARKANSAS
    Petitioner

Nicholas J. Bronni
Direct: 501-682-6302
[COR LD NTC Retained]
Office of the Attorney General
of Arkansas
323 Center Street
Suite 200
Little Rock, AR 72201-2610

STATE OF FLORIDA
    Petitioner

Henry Charles Whitaker
[NTC Retained]
Office of the Attorney General
of Florida
The Capitol, PL-01
Tallahassee, FL 32399-1050

STATE OF GEORGIA
    Petitioner

Stephen J. Petrany
Direct: 404-458-3408
[COR LD NTC Retained]
Office of the Attorney General
of Georgia
40 Capitol Square, S.W.
Suite 132
Atlanta, GA 30334

STATE OF IDAHO
    Petitioner

Joshua N. Turner
Direct: 208-332-3548
[COR LD NTC Retained]
Idaho Office of the Attorney General

Office of the Solicitor General
P.O. Box 83720
Boise, ID 83720-0010

Alan M. Hurst
Direct: 208-947-8773
[COR NTC Retained]
Idaho Office of the Attorney General
Office of the Solicitor General
P.O. Box 83720
Boise, ID 83720-0010

**STATE OF IOWA**
    Petitioner

Eric H. Wessan
Direct: 515-823-9117
[COR NTC Retained]
Office of the Attorney General
of Iowa
1305 E. Walnut Street
Second Floor
Des Moines, IA 50319

**STATE OF INDIANA**
    Petitioner

James A. Barta
Direct: 317-232-0709
[COR LD NTC Retained]
Office of the Attorney General
of Indiana
Firm: 317-232-6231
302 Washington Street
Indiana Government Center South 5th Floor
Indianapolis, IN 46204

**STATE OF KANSAS**
    Petitioner

Abhishek S. Kambli
Direct: 785-296-6109
[COR NTC Retained]
Office of the Attorney General
of Kansas
2nd Floor
120 S.W. Tenth Avenue
Second Floor
Topeka, KS 66612-1597

Anthony J. Powell
Direct: 785-368-8539
[COR NTC Retained]
Office of the Attorney General
of Kansas
120 S.W. Tenth Avenue
Second Floor
Topeka, KS 66612-1597

**STATE OF LOUISIANA**
    Petitioner

J. Benjamin Aguinaga
Direct: 225-506-3746
[COR LD NTC Retained]
Louisiana Department of Justice

1885 N. Third Street
Sixth Floor
Baton Rouge, LA 70802

Tracy Short
Direct: 225-326-6766
[NTC Retained]
Louisiana Department of Justice
1885 N. Third Street
Sixth Floor
Baton Rouge, LA 70802

| | |
|---|---|
| STATE OF MISSISSIPPI<br>Petitioner | Justin Lee Matheny<br>[COR LD NTC Retained]<br>Office of the Attorney General<br>of Mississippi<br>P.O. Box 220<br>Jackson, MS 39205-0220 |
| STATE OF MISSOURI<br>Petitioner | Joshua M. Divine<br>Direct: 573-751-1800<br>[COR NTC Retained]<br>Office of the Attorney General<br>of Missouri<br>Firm: 573-751-4526<br>P.O. Box 899<br>Jefferson City, MO 65102 |
| STATE OF MONTANA<br>Petitioner | Christian Brian Corrigan<br>Direct: 406-444-2026<br>[COR NTC Retained]<br>Office of the Attorney General<br>of Montana<br>P.O. Box 201401<br>215 North Sanders<br>Helena<br>Helena, MT 59620-1401<br><br>Peter M. Torstensen, Jr., Deputy Solicitor<br>General<br>Direct: 406-444-2026<br>[COR NTC Retained]<br>Office of the Attorney General<br>of Montana<br>P.O. Box 201401<br>215 North Sanders<br>Helena<br>Helena, MT 59620-1401 |
| STATE OF NEBRASKA<br>Petitioner | Lincoln J. Korell<br>Direct: 402-471-2682<br>[COR NTC Retained]<br>Office of the Attorney General<br>of Nebraska |

2115 State Capitol
Lincoln, NE 68509

| | |
|---|---|
| **STATE OF NEW HAMPSHIRE** Petitioner | Brandon F. Chase Direct: 603-271-1210 [NTC Retained] New Hampshire Department of Justice 1 Granite Place, S. Concord, NH 03301 |
| **STATE OF NORTH DAKOTA** Petitioner | Philip Axt, Solicitor General Direct: 701-328-2210 [COR NTC Retained] Office of the Attorney General of North Dakota 600 E. Boulevard Avenue Department 125 Bismarck, ND 58505 |
| **STATE OF OHIO** Petitioner | Thomas Elliot Gaiser [COR LD NTC Retained] Office of the Attorney General of Ohio 30 E. Broad Street 17th Floor Columbus, OH 43215 |
| | Mathura Jaya Sridharan Direct: 440-821-6380 [COR NTC Retained] Office of the Attorney General of Ohio 30 E. Broad Street 17th Floor Columbus, OH 43215 |
| **STATE OF OKLAHOMA** Petitioner | Garry M. Gaskins, II Direct: 405-521-3921 [COR LD NTC Retained] Office of the Attorney General of Oklahoma 313 N.E. 21st Street Oklahoma City, OK 73105 |
| | Jennifer L. Lewis Direct: 405-522-3109 [COR NTC Retained] Office of the Attorney General of Oklahoma 313 N.E. 21st Street Oklahoma City, OK 73105 |
| **STATE OF TEXAS** Petitioner | Lanora Christine Pettit Direct: 512-463-2127 [COR LD NTC Retained] |

Office of the Solicitor General
of Texas
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

STATE OF SOUTH CAROLINA
    Petitioner

Joseph David Spate
Direct: 803-734-3371
[COR LD NTC Retained]
Office of the Attorney General
of South Carolina
P.O. Box 11549
Columbia, SC 29211

STATE OF SOUTH DAKOTA
    Petitioner

Charles David McGuigan
Direct: 605-773-3215
[COR LD NTC Retained]
Office of the Attorney General
of South Dakota
1302 E. Highway 14
Suite 1
Pierre, SD 57501-4106

STATE OF UTAH
    Petitioner

Stanford Edward Purser
Direct: 385-382-4334
[NTC Retained]
Office of the Utah Attorney General
P.O. Box 140858
Salt Lake City, UT 84114

COMMONWEALTH OF VIRGINIA
    Petitioner

Kevin Michael Gallagher
Direct: 804-786-7773
[COR LD NTC Retained]
Office of the Attorney General
for the Commonwealth of Virginia
202 N. Ninth Street
Richmond, VA 23219

STATE OF WYOMING
    Petitioner

D. David DeWald
Direct: 307-777-6946
[COR NTC Retained]
Office of the Attorney General
of Wyoming
109 State Capitol
Cheyenne, WY 82002

v.

PETER PAUL MONTGOMERY BUTTIGIEG,
Secretary, United States Department of
Transportation,
    Respondent

Joshua Koppel
Direct: 202-514-4820
[COR LD NTC Government]
U.S. Department of Justice
Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7232
Washington, DC 20530

Lloyd S. Guerci
Direct: 202-366-5263
[NTC Government]
National Highway Traffic Safety Administration
400 Seventh Street, S.W.
Suite 5219
Washington, DC 20590-0000

SOPHIE SHULMAN, Deputy Administrator,
National Highway Traffic Safety Administration
                    Respondent

Joshua Koppel
Direct: 202-514-4820
[COR LD NTC Government]
(see above)

Lloyd S. Guerci
Direct: 202-366-5263
[NTC Government]
(see above)

NATIONAL HIGHWAY TRAFFIC SAFETY
ADMINISTRATION
                    Respondent

Joshua Koppel
Direct: 202-514-4820
[COR LD NTC Government]
(see above)

Lloyd S. Guerci
Direct: 202-366-5263
[NTC Government]
(see above)

STATE OF WEST VIRGINIA; COMMONWEALTH OF KENTUCKY; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF INDIANA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF MISSOURI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF NEW HAMPSHIRE; STATE OF NORTH DAKOTA; STATE OF OHIO; STATE OF OKLAHOMA; STATE OF TEXAS; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF UTAH; COMMONWEALTH OF VIRGINIA; STATE OF WYOMING

      Petitioners

v.

PETER PAUL MONTGOMERY BUTTIGIEG, Secretary, United States Department of Transportation,; SOPHIE SHULMAN, Deputy Administrator, National Highway Traffic Safety Administration; NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION

      Respondents

| 06/26/2024 | ☐ 1<br>434 pg, 62.15 MB | Agency Case Docketed. Notice filed by Petitioners KY, VA, AL, AK, AR, FL, GA, ID, IN, IA, KS, LA, MS, MO, MT, NE, NH, ND, OH, OK, SC, SD, TX, UT, WV and WY. Petition Received in 6CA: 06/26/2024. (CAM) [Entered: 06/26/2024 03:28 PM] |
|---|---|---|
| 06/26/2024 | ☐ 2 | The case manager for this case is: C. Anthony Milton (CAM) [Entered: 06/26/2024 03:30 PM] |
| 06/26/2024 | ☐ 3<br>1 pg, 236.34 KB | APPEARANCE filed for Petitioner KY by Matthew F. Kuhn. Certificate of Service: 06/26/2024. [24-3560] (MFK) [Entered: 06/26/2024 03:56 PM] |
| 06/26/2024 | ☐ 4<br>1 pg, 74.74 KB | APPEARANCE filed for Petitioner KY by Jacob M. Abrahamson. Certificate of Service: 06/26/2024. [24-3560] (JMA) [Entered: 06/26/2024 04:02 PM] |
| 06/26/2024 | ☐ 5<br>1 pg, 97.9 KB | APPEARANCE filed for Petitioner KS by Anthony J. Powell. Certificate of Service: 06/26/2024. [24-3560] (AJP) [Entered: 06/26/2024 04:06 PM] |
| 06/26/2024 | ☐ 6<br>1 pg, 98.22 KB | APPEARANCE filed for Petitioner OH by T. Elliot Gaiser. Certificate of Service: 06/26/2024. [24-3560] (TEG) [Entered: 06/26/2024 04:23 PM] |
| 06/26/2024 | ☐ 7<br>1 pg, 98.68 KB | APPEARANCE filed for Petitioner OH by Mathura J. Sridharan. Certificate of Service: 06/26/2024. [24-3560] (MJS) [Entered: 06/26/2024 04:25 PM] |
| 06/26/2024 | ☐ 8<br>1 pg, 289.15 KB | APPEARANCE filed for Respondents Peter Paul Montgomery Buttigieg, Sophie Shulman and NHTSA by Joshua M. Koppel. Certificate of Service: 06/26/2024. [24-3560] (JK) [Entered: 06/26/2024 04:26 PM] |
| 06/26/2024 | ☐ 9<br>1 pg, 92.62 KB | APPEARANCE filed for Petitioner WV by Michael R. Williams. Certificate of Service: 06/26/2024. [24-3560] (MRW) [Entered: 06/26/2024 04:29 PM] |
| 06/26/2024 | ☐ 10<br>1 pg, 98.09 KB | APPEARANCE filed for Petitioner IN by James A. Barta. Certificate of Service: 06/26/2024. [24-3560] (JAB) [Entered: 06/26/2024 04:34 PM] |
| 06/26/2024 | ☐ 11<br>1 pg, 336.13 KB | APPEARANCE filed for Petitioner AL by Edmund G. LaCour Jr.. Certificate of Service: 06/26/2024. [24-3560] (EGL) [Entered: 06/26/2024 05:17 PM] |
| 06/26/2024 | ☐ 12<br>1 pg, 98.49 KB | APPEARANCE filed for Petitioner LA by Jorge Benjamin Aguinaga. Certificate of Service: 06/26/2024. [24-3560] (JBA) [Entered: 06/26/2024 06:00 PM] |
| 06/26/2024 | ☐ 13<br>1 pg, 58.85 KB | APPEARANCE filed for Petitioner AR by Nicholas J. Bronni. Certificate of Service: 06/26/2024. [24-3560] (NJB) [Entered: 06/26/2024 07:56 PM] |
| 06/27/2024 | ☐ 14<br>1 pg, 186.15 KB | APPEARANCE filed for Petitioner SC by Joseph D. Spate. Certificate of Service: 06/27/2024. [24-3560] (JDS) [Entered: 06/27/2024 08:24 AM] |
| 06/27/2024 | ☐ 15<br>1 pg, 99.15 KB | APPEARANCE filed for Petitioner ND by Philip Axt. Certificate of Service: 06/27/2024. [24-3560] (PA) [Entered: 06/27/2024 08:45 AM] |
| 06/27/2024 | ☐ 16<br>1 pg, 103.94 KB | APPEARANCE filed for Petitioner IA by Eric H. Wessan. Certificate of Service: 06/27/2024. [24-3560] (EHW) [Entered: 06/27/2024 10:27 AM] |
| 06/27/2024 | ☐ 17<br>1 pg, 74.77 KB | APPEARANCE filed for Petitioner MT by Christian B. Corrigan. Certificate of Service: 06/27/2024. [24-3560] (CBC) [Entered: 06/27/2024 10:53 AM] |
| 06/27/2024 | ☐ 18<br>1 pg, 98.74 KB | APPEARANCE filed for Petitioner OK by Garry M. Gaskins, II. Certificate of Service: 06/27/2024. [24-3560] (GMG) [Entered: 06/27/2024 02:44 PM] |

| 06/27/2024 | ☐ 19 <br> 1 pg, 98.82 KB | APPEARANCE filed for Petitioner OK by Jennifer L. Lewis. Certificate of Service: 06/27/2024. [24-3560] (JLL) [Entered: 06/27/2024 02:46 PM] |
| 06/27/2024 | ☐ 20 <br> 1 pg, 76.28 KB | APPEARANCE filed for Petitioner KS by Abhishek S. Kambli. Certificate of Service: 06/27/2024. (24-3560) (ASK) [Entered: 06/27/2024 04:52 PM] |
| 06/28/2024 | ☐ 21 <br> 1 pg, 98.09 KB | APPEARANCE filed for Petitioner GA by Stephen J. Petrany. Certificate of Service: 06/28/2024. [24-3560] (SJP) [Entered: 06/28/2024 10:05 AM] |
| 06/28/2024 | ☐ 22 <br> 1 pg, 316.87 KB | APPEARANCE filed for Petitioner WY by D. David DeWald. Certificate of Service: 06/28/2024. [24-3560] (DD) [Entered: 06/28/2024 12:12 PM] |
| 06/28/2024 | ☐ 23 <br> 1 pg, 242.32 KB | APPEARANCE filed for Petitioner MS by Justin Lee Matheny. Certificate of Service: 06/28/2024. [24-3560] (JLM) [Entered: 06/28/2024 12:44 PM] |
| 06/28/2024 | ☐ 24 <br> 1 pg, 97.39 KB | APPEARANCE filed for Petitioner SD by Charles D. McGuigan. Certificate of Service: 06/28/2024. [24-3560] (CDM) [Entered: 06/28/2024 03:21 PM] |
| 07/01/2024 | ☐ 25 <br> 1 pg, 99.29 KB | APPEARANCE filed for Petitioner VA by Kevin M. Gallagher. Certificate of Service: 07/01/2024. [24-3560] (KMG) [Entered: 07/01/2024 10:28 AM] |
| 07/02/2024 | ☐ 26 <br> 1 pg, 98.86 KB | APPEARANCE filed for Petitioner TX by Lanora C. Pettit. Certificate of Service: 07/02/2024. [24-3560] (LCP) [Entered: 07/02/2024 09:41 AM] |
| 07/02/2024 | ☐ 27 <br> 1 pg, 74.79 KB | APPEARANCE filed for Petitioner MT by Peter M. Torstensen, Jr.. Certificate of Service: 07/02/2024. [24-3560] (PMT) [Entered: 07/02/2024 11:05 AM] |
| 07/02/2024 | ☐ 28 <br> 1 pg, 74.69 KB | APPEARANCE filed for Petitioner NE by Lincoln J. Korell. Certificate of Service: 07/02/2024. [24-3560] (LJK) [Entered: 07/02/2024 05:56 PM] |
| 07/03/2024 | ☐ 29 🔒 <br> 1 pg, 78.44 KB | ***LOCKED--SEE CORRECTED FORM AT DOC 31***APPEARANCE filed for Petitioner ID by Joshua N. Turner. Certificate of Service: 07/03/2024. [24-3560]--[Edited 07/03/2024 by CAM] (JNT) [Entered: 07/03/2024 10:55 AM] |
| 07/03/2024 | ☐ 30 🔒 <br> 1 pg, 77.55 KB | ***LOCKED--SEE CORRECTED FORM AT DOC 32*** APPEARANCE filed for Petitioner ID by Alan Hurst. Certificate of Service: 07/03/2024. [24-3560]--[Edited 07/03/2024 by CAM] (AMH) [Entered: 07/03/2024 10:57 AM] |
| 07/03/2024 | ☐ 31 <br> 1 pg, 57.97 KB | APPEARANCE filed for Petitioner ID by Joshua N. Turner. Certificate of Service: 07/03/2024. [24-3560] (JNT) [Entered: 07/03/2024 11:06 AM] |
| 07/03/2024 | ☐ 32 <br> 1 pg, 57.96 KB | APPEARANCE filed for Petitioner ID by Alan Hurst. Certificate of Service: 07/03/2024. [24-3560] (AMH) [Entered: 07/03/2024 11:08 AM] |
| 07/03/2024 | ☐ 33 <br> 1 pg, 255.54 KB | APPEARANCE filed for Petitioner MO by Joshua M. Divine. Certificate of Service: 07/03/2024. [24-3560] (JMD) [Entered: 07/03/2024 05:26 PM] |

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

STATE OF WEST VIRGINIA,
COMMONWEALTH OF
KENTUCKY, STATE OF
ALABAMA, STATE OF ALASKA,
STATE OF ARKANSAS, STATE
OF FLORIDA, STATE OF
GEORGIA, STATE OF IDAHO,
STATE OF IOWA, STATE OF
INDIANA, STATE OF KANSAS,
STATE OF LOUISIANA, STATE
OF MISSISSIPPI, STATE OF
MISSOURI, STATE OF
MONTANA, STATE OF
NEBRASKA, STATE OF NEW
HAMPSHIRE, STATE OF NORTH
DAKOTA, STATE OF OHIO,
STATE OF OKLAHOMA, STATE
OF TEXAS, STATE OF SOUTH
CAROLINA, STATE OF SOUTH
DAKOTA, STATE OF UTAH,
COMMONWEALTH OF VIRGINIA,
and STATE OF WYOMING,

          Petitioners,

v.

NATIONAL HIGHWAY TRAFFIC
SAFETY ADMINISTRATION;
SOPHIE SHULMAN, Deputy
Administrator, National Highway
Traffic Safety Administration, and
PETE BUTTIGIEG, Secretary,
United States Department of
Transportation,

No. 24-_____

Respondents.

## PETITION FOR REVIEW

Under 49 U.S.C. § 32909(a), 5 U.S.C. §§ 702 and 706, and Federal Rule of Appellate Procedure 15(a), the State of West Virginia, the Commonwealth of Kentucky, the States of Alabama, Alaska, Arkansas, Florida, Georgia, Idaho, Iowa, Indiana, Kansas, Louisiana, Mississippi, Missouri, Montana, Nebraska, New Hampshire, North Dakota, Ohio, Oklahoma, Texas, South Carolina, South Dakota, Utah, the Commonwealth of Virginia, and the State of Wyoming, petition this Court for review of the final agency action taken by Respondents National Highway Traffic Safety Administration, Sophie Shulman (Deputy Administrator, National Highway Traffic Safety Administration), and Pete Buttigieg (Secretary, United States Department of Transportation), entitled "Corporate Average Fuel Economy Standards for Passenger Cars and Light Trucks for Model Years 2027 and Beyond and Fuel Efficiency Standards for Heavy-Duty Pickup Trucks and Vans for Model Years 2030 and Beyond," 89 Fed. Reg. 52,540 (June 24, 2024). Petitioners have attached a copy of that final rule.

Petitioners will show that the final rule exceeds the agency's statutory authority and otherwise is arbitrary, capricious, an abuse of discretion, and not in accordance with law. Petitioners thus ask that this Court declare unlawful and vacate the Deputy Administrator's final action.

Respectfully submitted,

PATRICK MORRISEY
  ATTORNEY GENERAL

/s/ Michael R. Williams
Michael R. Williams
  *Solicitor General*
Frankie A. Dame
  *Assistant Solicitor General*

Office of the Attorney General of
West Virginia
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25301
(304) 558-2021
michael.r.williams@wvago.gov
frankie.a.dame@wvago.gov

*Counsel for State of West Virginia*

RUSSELL COLEMAN
  ATTORNEY GENERAL

/s/ Matthew F. Kuhn
Matthew F. Kuhn
  *Solicitor General*
Jacob M. Abrahamson
  *Assistant Solicitor General*

Office of the Kentucky Attorney
General
700 Capital Avenue, Suite 118
Frankfort, KY 40601
(502) 696-5300
Matt.Kuhn@ky.gov
Jacob.Abrahamson@ky.gov

*Counsel for the Commonwealth of
Kentucky*

STEVE MARSHALL
  ATTORNEY GENERAL

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
 *Solicitor General*

Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152
 (334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for State of Alabama*

TIM GRIFFIN
  ATTORNEY GENERAL

/s/ Nicholas J. Bronni
Nicholas J. Bronni
 *Solicitor General*

Office of the Arkansas Attorney
General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007 (main)
Nicholas.Bronni@ArkansasAG.gov

*Counsel for State of Arkansas*

TREG TAYLOR
  ATTORNEY GENERAL

/s/ Thomas Mooney-Myers
Thomas Mooney-Myers
 *Assistant Attorney General*

Alaska Department of Law
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
(907) 269-5100
thomas.mooney-myers@alaska.gov

*Counsel for State of Alaska*

ASHLEY MOODY
  ATTORNEY GENERAL

/s Henry C. Whitaker
Henry C. Whitaker (FBN 1031175)
 *Solicitor General*

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
henry.whitaker@myfloridalegal.com

*Counsel for State of Florida*

CHRISTOPHER M. CARR
  ATTORNEY GENERAL

/s/ Stephen J. Petrany
Stephen J. Petrany
  *Solicitor General*

Office of the Attorney General of
Georgia
40 Capitol Square, SW
Atlanta, GA 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for State of Georgia*

RAÚL R. LABRADOR
  ATTORNEY GENERAL

/s/ Joshua N. Turner
Joshua N. Turner
  *Chief of Constitutional Litigation
  and Policy*
Alan M. Hurst
  *Solicitor General*

Office of the Idaho Attorney
General
P.O. Box 83720
Boise, ID 83720-0010
Tel:  (208) 334-2400
Josh.Turner@ag.idaho.gov
Alan.hurst@ag.idaho.gov

*Counsel for State of Idaho*

BRENNA BIRD
  ATTORNEY GENERAL

/s/ Eric H. Wessan
Eric H. Wessan
  *Solicitor General*

Office of the Attorney General of
Iowa
1305 E. Walnut Street
Des Moines, IA 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*

THEODORE E. ROKITA
  ATTORNEY GENERAL

/s/ James A. Barta
James A. Barta
  *Solicitor General*

Indiana Attorney General's Office
ICGS—5th Floor
302 W. Washington St.
Indianapolis, IN 46204
(317) 232-0709
James.Barta@atg.in.gov

*Counsel for State of Indiana*

Kris W. Kobach
  Attorney General

/s/ Abhishek S. Kambli
Abhishek S. Kambli
  *Deputy Attorney General*
Anthony J. Powell
  *Solicitor General*

Office of the Kansas Attorney General
120 SW 10th Ave.
Topeka, KS 66612
(785) 296-2215
Abhishek.Kambli@ag.ks.gov
Anthony.Powell@ag.ks.gov

*Counsel for State of Kansas*

Lynn Fitch
  Attorney General

/s/ Justin L. Matheny
Justin L. Matheny
  *Deputy Solicitor General*

Office of the Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3825
justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*

Liz Murrill
  Attorney General

/s/ J. Benjamin Aguiñaga
J. Benjamin Aguiñaga
  *Solicitor General*
Tracy Short
  *Assistant Attorney General*

Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766
aguinagaj@ag.louisiana.gov
shortt@ag.louisiana.gov

*Counsel for State of Louisiana*

Andrew Bailey
  Attorney General

/s/ Joshua M. Divine
Joshua M. Divine
  *Solicitor General*

Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
Fax. (573) 751-0774
josh.divine@ago.mo.gov

*Counsel for State of Missouri*

AUSTIN KNUDSEN
  ATTORNEY GENERAL

/s/ Christian B. Corrigan
Christian B. Corrigan
  *Solicitor General*
Peter M. Torstensen, Jr.
  *Deputy Solicitor General*

Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
(406) 444-2026
christian.corrigan@mt.gov
peter.torstensen@mt.gov

*Counsel for State of Montana*

JOHN FORMELLA
  ATTORNEY GENERAL

/s/ Brandon F. Chase
Brandon F. Chase
  *Assistant Attorney General*

New Hampshire Department of
Justice
1 Granite Place South
Concord, NH 03301
(603) 271-1210
Brandon.F.Chase@doj.nh.gov

*Counsel for State of New
Hampshire*

MICHAEL T. HILGERS
  ATTORNEY GENERAL

/s/ Lincoln J. Korell
Lincoln J. Korell
  *Assistant Solicitor General*

Office of the Attorney General of
Nebraska
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
lincoln.korell@nebraska.gov

*Counsel for State of Nebraska*

DREW H. WRIGLEY
  ATTORNEY GENERAL

/s/ Philip Axt
Philip Axt
  *Solicitor General*

Office of Attorney General of
North Dakota
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
(701) 328-2210
pjaxt@nd.gov

*Counsel for State of North Dakota*

DAVE YOST
   ATTORNEY GENERAL

/s/ T. Elliot Gaiser
T. Elliot Gaiser
  *Solicitor General*
Mathura J. Sridharan
  *Deputy Solicitor General*

Office of the Ohio Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-8980
thomas.gaiser@ohioago.gov
mathura.sridharan@ohioago.gov

*Counsel for State of Ohio*

ALAN WILSON
   ATTORNEY GENERAL

/s/ Joseph D. Spate
Joseph D. Spate
  *Assistant Deputy Solicitor General*

Office of the Attorney General of
South Carolina
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for State of South Carolina*

GENTNER DRUMMOND
   ATTORNEY GENERAL

/s/ Garry M. Gaskins, II
Garry M. Gaskins, II
  *Solicitor General*
Jennifer L. Lewis
  *Deputy Attorney General*

Office of the Attorney General of
Oklahoma
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov
jennifer.lewis@oag.ok.gov

*Counsel for State of Oklahoma*

MARTY J. JACKLEY
   ATTORNEY GENERAL

/s/ Charles D. McGuigan
Charles D. McGuigan
  *Deputy Attorney General*

South Dakota Attorney General's
Office
1302 E. Highway 14, Suite 1
Pierre, SD 57501
(605) 773-3215
atgservice@state.sd.us

*Counsel for State of South Dakota*

KEN PAXTON
  ATTORNEY GENERAL

Brent Webster
 *First Assistant Attorney*
*General*

Aaron L. Neilson
 *Solicitor General*

/s/ Lanora C. Pettit
Lanora C. Pettit
 *Principal Deputy Solicitor*
*General*

Office of the Attorney General of
Texas
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012 | Fax: (512) 320-0911
lanora.pettit@oag.texas.gov

*Counsel for State of Texas*

SEAN REYES
  ATTORNEY GENERAL

/s/ Stanford E. Purser
Stanford E. Purser
 *Solicitor General*

Office of the Utah Attorney General
160 E. 300 S., 5th Floor
Salt Lake City, Utah 84111
385-382-4334
spurser@agutah.gov

*Counsel for State of Utah*

JASON MIYARES
  ATTORNEY GENERAL

/s/ Kevin M. Gallagher
Kevin M. Gallagher
  *Principal Deputy Solicitor
General*
Brendan T. Chestnut
  *Deputy Solicitor General*

Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
emaley@oag.state.va.us
kgallagher@oag.state.va.us
bchestnut@oag.state.va.us

*Counsel for Commonwealth of
Virginia*

Dated: June 26, 2024

BRIDGET HILL
  ATTORNEY GENERAL

/s/ D. David DeWald
D. David DeWald
  *Deputy Attorney General*

Office of the Attorney General of
Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
david.dewald@wyo.gov

*Counsel for State of Wyoming*

**General Docket**
**United States Court of Appeals for the Sixth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 24-3572 | **Docketed:** 07/02/2024 |

Kentucky Corn Growers Association, et al v. Peter Buttigieg, et al
**Appeal From:** Department of Transportation, National Transportation Safety Board
**Fee Status:** fee paid

**Case Type Information:**
  **1)** Agency
  **2)** Review
  **3)** Other Agency

**Originating Court Information:**
  **District:** TRAN-1 : NHTSA-2023-0022
  **Date Filed:** 06/24/2024

**Prior Cases:**
  None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Related | | | | |
| | 24-3539 | 24-3560 | 06/26/2024 | |
| | 24-3539 | 24-3572 | 07/02/2024 | |

| | |
|---|---|
| KENTUCKY CORN GROWERS ASSOCIATION<br>   Petitioner | Michael B. Buschbacher<br>Direct: 317-513-0622<br>[COR LD NTC Retained]<br>Boyden Gray<br>801 17th Street, N.W.<br>Suite 350<br>Washington, DC 20006 |
| MICHIGAN CORN GROWERS ASSOCIATION<br>   Petitioner | Michael B. Buschbacher<br>Direct: 317-513-0622<br>[COR LD NTC Retained]<br>(see above) |
| TENNESSEE CORN GROWERS ASSOCIATION<br>   Petitioner | Michael B. Buschbacher<br>Direct: 317-513-0622<br>[COR LD NTC Retained]<br>(see above) |
| v. | |
| PETER PAUL MONTGOMERY BUTTIGIEG, in his official capacity as Secretary of the United States Department of Transportation<br>   Respondent | Joshua Koppel<br>Direct: 202-514-4820<br>[COR LD NTC Government]<br>U.S. Department of Justice<br>Appellate Staff<br>950 Pennsylvania Avenue, N.W.<br>Room 7232 |

Washington, DC 20530

Lloyd S. Guerci
Direct: 202-366-5263
[NTC Government]
National Highway Traffic Safety Administration
400 Seventh Street, S.W.
Suite 5219
Washington, DC 20590-0000

SOPHIE SHULMAN, in her official capacity as
Deputy Administrator of the National Highway
Traffic Safety Administration
              Respondent

Joshua Koppel
Direct: 202-514-4820
[COR LD NTC Government]
(see above)

Lloyd S. Guerci
Direct: 202-366-5263
[NTC Government]
(see above)

NATIONAL HIGHWAY TRAFFIC SAFETY
ADMINISTRATION
              Respondent

Joshua Koppel
Direct: 202-514-4820
[COR LD NTC Government]
(see above)

Lloyd S. Guerci
Direct: 202-366-5263
[NTC Government]
(see above)

KENTUCKY CORN GROWERS ASSOCIATION; MICHIGAN CORN GROWERS ASSOCIATION; TENNESSEE CORN GROWERS ASSOCIATION

      Petitioners

v.

PETER PAUL MONTGOMERY BUTTIGIEG, in his official capacity as Secretary of the United States Department of Transportation; SOPHIE SHULMAN, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION

      Respondents

| 07/02/2024 | ☐ 1<br>423 pg, 79.03 MB | Agency Case Docketed. Notice filed by Petitioners Kentucky Corn Growers Association, Michigan Corn Growers Association and Tennessee Corn Growers Association. Petition Received in 6CA: 07/01/2024. (CAM) [Entered: 07/02/2024 02:56 PM] |
| --- | --- | --- |
| 07/02/2024 | ☐ 2 | The case manager for this case is: C. Anthony Milton (CAM) [Entered: 07/02/2024 03:02 PM] |
| 07/02/2024 | ☐ 3<br>1 pg, 100.01 KB | APPEARANCE filed for Respondents Peter Paul Montgomery Buttigieg, NHTSA and Sophie Shulman by Joshua M. Koppel. Certificate of Service: 07/02/2024. [24-3572] (JK) [Entered: 07/02/2024 03:23 PM] |
| 07/03/2024 | ☐ 4<br>1 pg, 99.13 KB | APPEARANCE filed for Petitioners Kentucky Corn Growers Association, Michigan Corn Growers Association and Tennessee Corn Growers Association by Michael Buschbacher. Certificate of Service: 07/03/2024. [24-3572] (MBB) [Entered: 07/03/2024 11:20 AM] |

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

KENTUCKY CORN GROWERS
ASSOCIATION; MICHIGAN CORN
GROWERS ASSOCIATION;
TENNESEE CORN GROWERS
ASSOCIATION,

*Petitioners,*

v.

PETER BUTTIGIEG, *in his official
capacity as Secretary of the United
States Department of
Transportation,*

SOPHIE SHULMAN, *in her official
capacity as Deputy Administrator of
the National Highway Traffic Safety
Administration,* and

NATIONAL HIGHWAY TRAFFIC
SAFETY ADMINISTRATION,

*Respondents.*

**RECEIVED**
07/01/2024
KELLY L. STEPHENS, Clerk

No. 24-_____
Docket No. NHTSA-2023-0022

## PETITION FOR REVIEW

Pursuant to 49 U.S.C. § 32909 and Federal Rule of Appellate

Procedure 15(a), the Kentucky Corn Growers Association, the Michigan

Corn Growers Association, and the Tennessee Corn Growers Association

("Petitioners") hereby petition this Court for review of the United States National Highway Traffic Safety Administration's ("NHTSA") final rule, *Corporate Average Fuel Economy Standards for Passenger Cars and Light Trucks for Model Years 2027 and Beyond and Fuel Efficiency Standards for Heavy-Duty Pickup Trucks and Vans for Model Years 2030 and Beyond*, published in the Federal Register at 89 Fed. Reg. 52540 on June 24, 2024. A copy of the final rule is attached as Exhibit A.

Section 32902 of Title 49 of the U.S. Code provides that "a person that may be adversely affected by a regulation prescribed in carrying out any of sections 32901–32904 or 32908 of this title may apply for review of the regulation by filing a petition for review in the United States Court of Appeals for the District of Columbia Circuit or in the court of appeals of the United States for the circuit in which the person resides or has its principal place of business." 49 U.S.C. § 32909(a). Jurisdiction and venue are proper under 49 U.S.C. § 32909, because Petitioners are adversely affected by a regulation prescribed under 49 U.S.C. § 32902 and because Petitioners all reside in this Circuit.

This petition is timely because it was filed within 59 after the rule was prescribed. *Id.* § 32909(b). NHTSA has not taken a formal position

2

on the definition of "issuance" under 28 U.S.C. § 2112(a) for purposes of petitioning for review of its orders. Therefore, Petitioners previously filed a petition on June 17, 2024, within 10 days of the rule being signed and issued for public inspection, when Petitioners understand a rule to be "prescribed." *See GPA Midstream Ass'n v. Dep't of Transp.*, 67 F.4th 1188, 1195 (D.C. Cir. 2023); *Pub. Citizen Inc. v. Mineta*, 343 F.3d 1159, 1167 (9th Cir. 2003). Petitioners file this petition out of an abundance of caution to preserve their rights.

Dated: July 1, 2024

Respectfully submitted,

/s/ Michael Buschbacher
MICHAEL BUSCHBACHER
  *Counsel of Record*
JAMES R. CONDE
LAURA B. RUPPALT
BOYDEN GRAY PLLC
801 17th St. NW, #350
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com
*Counsel for Petitioners*

3

**General Docket**
**Eighth Circuit Court of Appeals**

| | |
|---|---|
| **Court of Appeals Docket #:** 24-2224 | **Docketed:** 06/17/2024 |

American Free Enterprise Chamber of Commerce v. Pete Buttigieg, et al
**Appeal From:** Petition for Review of an Order of the National Highway Traffic Safety
Administration
**Fee Status:** paid - cs

**Case Type Information:**
   **1)** Agency
   **2)** Review
   **3)** null

**Originating Court Information:**
   **District:** NHTS-1 : NHTSA-2023-0022
   **Date Rec'd COA:**
   06/17/2024

**Prior Cases:**
   None

**Current Cases:**
   None

---

| | |
|---|---|
| American Free Enterprise Chamber of Commerce<br>          Petitioner | Michael Blandford Buschbacher<br>Direct: 317-513-0622<br>[NTC Retained]<br>BOYDEN & GRAY<br>Suite 350<br>801 17th Street, N.W.<br>Washington, DC 20006<br><br>James R. Conde<br>Direct: 202-955-0620<br>[NTC Retained]<br>BOYDEN & GRAY<br>Suite 350<br>801 17th Street, N.W.<br>Washington, DC 20006 |
| v. | |
| Pete Buttigieg, in his official capacity as Secretary of<br>the United States of Department of Transportation<br>          Respondent | Subash Iyer<br>[NTC Government]<br>U.S. DEPARTMENT OF TRANSPORTATION<br>Office of General Counsel<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590-0000<br><br>Joshua Koppel<br>Direct: 202-514-4820<br>[NTC Government]<br>U.S. DEPARTMENT OF JUSTICE |

Civil Division, Appellate Staff
Room 7212
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Adam Raviv
[NTC Government]
NATIONAL HIGHWAY TRAFFIC SAFETY
ADMINISTRATION
1200 New Jersey Avenue, S.E.
Washington, DC 20590

Sophie Shulman, in her official capacity as Deputy
Administrator of the National Highway Traffic Safety
Administration
        Respondent

Subash Iyer
[NTC Government]
(see above)

Joshua Koppel
Direct: 202-514-4820
[NTC Government]
(see above)

Adam Raviv
[NTC Government]
(see above)

National Highway Traffic Safety Administration
        Respondent

Subash Iyer
[NTC Government]
(see above)

Joshua Koppel
Direct: 202-514-4820
[NTC Government]
(see above)

Adam Raviv
[NTC Government]
(see above)

American Free Enterprise Chamber of Commerce

       Petitioner

v.

Pete Buttigieg, in his official capacity as Secretary of the United States of Department of Transportation; Sophie Shulman, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; National Highway Traffic Safety Administration

       Respondents

| 06/17/2024 | ☐ | Agency case docketed. [5404234] [24-2224] (CMH) [Entered: 06/17/2024 12:25 PM] |
| 06/17/2024 | ☐ ▤<br>926 pg, 8.56 MB | PETITION for Review of an order of the National Highway Traffic Safety Administration (Electronic) filed by Petitioner American Free Enterprise Chamber of Commerce w/service 06/17/2024. [5404251] [24-2224] (CMH) [Entered: 06/17/2024 01:05 PM] |
| 06/17/2024 | ☐ ▤<br>1 pg, 90.68 KB | BRIEFING SCHEDULE SET AS FOLLOWS: Certified List due 07/29/2024. Appendix due on 08/12/2024. Brief of American Free Enterprise Chamber of Commerce due on 08/12/2024. Responsive brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief.[5404254] [24-2224] (CMH) [Entered: 06/17/2024 01:08 PM] |
| 06/22/2024 | ☐ ▤<br>1 pg, 111.32 KB | APPEARANCE filed by Joshua M. Koppel for Respondents Pete Buttigieg, National Highway Traffic Safety Administration and Sophie Shulman w/service 06/22/2024 [5406026] [24-2224] (JK) [Entered: 06/22/2024 10:01 PM] |
| 07/01/2024 | ☐ ▤<br>421 pg, 79.08 MB | SECOND PETITION for Review of an order of the National Highway Traffic Safety Administration (Electronic) filed by Petitioner American Free Enterprise Chamber of Commerce w/service 07/02/2024. [5409726] [24-2224] (CMH) [Entered: 07/02/2024 04:07 PM] |
| 07/02/2024 | ☐ ▤<br>1 pg, 122.32 KB | APPEARANCE filed by James R. Conde for Petitioner American Free Enterprise Chamber of Commerce w/service 07/02/2024 [5409772] [24-2224] (JRC) [Entered: 07/02/2024 09:55 PM] |
| 07/03/2024 | ☐ ▤<br>1 pg, 104.55 KB | APPEARANCE filed by Michael Buschbacher for Petitioner American Free Enterprise Chamber of Commerce w/service 07/03/2024 [5409949] [24-2224] (MBB) [Entered: 07/03/2024 10:32 AM] |

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

AMERICAN FREE ENTERPRISE
CHAMBER OF COMMERCE,

*Petitioner,*

v.

PETER BUTTIGIEG, *in his official
capacity as Secretary of the United
States Department of
Transportation,*

SOPHIE SHULMAN, *in her official
capacity as Deputy Administrator of
the National Highway Traffic Safety
Administration,* and

NATIONAL HIGHWAY TRAFFIC
SAFETY ADMINISTRATION,

*Respondents.*



**24-2224**

No. 24-_____
Docket No. NHTSA-2023-0022

FILED
JUN 17 2024
U.S. Court of Appeals
Eighth Circuit

RECEIVED
JUN 17 2024
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

## PETITION FOR REVIEW

Pursuant to 49 U.S.C. § 32909 and Federal Rule of Appellate

Procedure 15(a), the American Free Enterprise Chamber of Commerce

("Petitioner") hereby petitions this Court for review of the United States

National Highway Traffic Safety Administration's ("NHTSA") final rule,

*Corporate Average Fuel Economy Standards for Passenger Cars and*

1

*Light Trucks for Model Years 2027 and Beyond and Fuel Efficiency Standards for Heavy-Duty Pickup Trucks and Vans for Model Years 2030 and Beyond*, signed on June 7, 2024. A copy of the final rule is attached as Exhibit A.

Section 32902 of Title 49 of the U.S. Code provides that "a person that may be adversely affected by a regulation prescribed in carrying out any of sections 32901–32904 or 32908 of this title may apply for review of the regulation by filing a petition for review in the United States Court of Appeals for the District of Columbia Circuit or in the court of appeals of the United States for the circuit in which the person resides or has its principal place of business." 49 U.S.C. § 32909(a). Such a "petition must be filed not later than 59 days after the regulation is prescribed." *Id.* § 32909(b). Jurisdiction and venue are proper under 49 U.S.C. § 32909, because Petitioner is adversely affected by a regulation prescribed under 49 U.S.C. § 32902 and because Petitioner resides in this Circuit.

NHTSA has not taken a formal position on the definition of "issu[ance]" under 28 U.S.C. § 2112(a) for purposes of petitioning for review of its orders. Therefore, Petitioner plans to file another petition

2

after publication of the final rule in the Federal Register to preserve its

rights.

Dated: June 17, 2024

> Respectfully submitted,
>
> /s/ Michael Buschbacher
> MICHAEL BUSCHBACHER
>   *Counsel of Record*
> JAMES R. CONDE
> LAURA B. RUPPALT
> BOYDEN GRAY PLLC
> 801 17th St. NW, #350
> Washington, DC 20006
> (202) 955-0620
> mbuschbacher@boydengray.com
> *Counsel for Petitioner*

3

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**FILED**

JUL 0 1 2024

U.S. Court of Appeals
Eighth Circuit

AMERICAN FREE ENTERPRISE
CHAMBER OF COMMERCE,

*Petitioner,*

v.

PETER BUTTIGIEG, *in his official
capacity as Secretary of the United
States Department of
Transportation,*

SOPHIE SHULMAN, *in her official
capacity as Deputy Administrator of
the National Highway Traffic Safety
Administration*, and

NATIONAL HIGHWAY TRAFFIC
SAFETY ADMINISTRATION,

*Respondents.*

# 24-2224

No. 24-_____
Docket No. NHTSA-2023-0022

---

## PETITION FOR REVIEW

Pursuant to 49 U.S.C. § 32909 and Federal Rule of Appellate

Procedure 15(a), the American Free Enterprise Chamber of Commerce

("Petitioner") hereby petitions this Court for review of the United States

National Highway Traffic Safety Administration's ("NHTSA") final rule,

*Corporate Average Fuel Economy Standards for Passenger Cars and*

**RECEIVED**

JUL 0 1 2024

*Light Trucks for Model Years 2027 and Beyond and Fuel Efficiency Standards for Heavy-Duty Pickup Trucks and Vans for Model Years 2030 and Beyond,* published in the Federal Register at 89 Fed. Reg. 52540 on June 24, 2024. A copy of the final rule is attached as Exhibit A.

Section 32902 of Title 49 of the U.S. Code provides that "a person that may be adversely affected by a regulation prescribed in carrying out any of sections 32901–32904 or 32908 of this title may apply for review of the regulation by filing a petition for review in the United States Court of Appeals for the District of Columbia Circuit or in the court of appeals of the United States for the circuit in which the person resides or has its principal place of business." 49 U.S.C. § 32909(a). Such a "petition must be filed not later than 59 days after the regulation is prescribed." *Id.* § 32909(b). Jurisdiction and venue are proper under 49 U.S.C. § 32909, because Petitioner is adversely affected by a regulation prescribed under 49 U.S.C. § 32902 and because Petitioner resides in this Circuit.

This petition is timely because it was filed within 59 after the rule was prescribed. *Id.* § 32909(b). NHTSA has not taken a formal position on the definition of "issuance" under 28 U.S.C. § 2112(a) for purposes of petitioning for review of its orders. Therefore, Petitioner previously filed

2

a petition on June 17, 2024, within 10 days of the rule being issued for public inspection, when Petitioner understands a rule to be "prescribed." *See GPA Midstream Ass'n v. Dep't of Transp.*, 67 F.4th 1188, 1195 (D.C. Cir. 2023); *Pub. Citizen Inc. v. Mineta*, 343 F.3d 1159, 1167 (9th Cir. 2003). Petitioner files this petition out of an abundance of caution to preserve their rights.

Dated: July 1, 2024

Respectfully submitted,

/s/ Michael Buschbacher
MICHAEL BUSCHBACHER
  *Counsel of Record*
JAMES R. CONDE
LAURA B. RUPPALT
BOYDEN GRAY PLLC
801 17th St. NW, #350
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com
*Counsel for Petitioner*

3

**General Docket**
**United States Court of Appeals for District of Columbia Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 24-1215 | **Docketed:** 06/24/2024 |
| Sierra Club v. NHTSA, et al | |
| **Appeal From:** National Highway Traffic Safety Administration | |
| **Fee Status:** Fee Paid | |

**Case Type Information:**
    1) Petition for Review
    2) Review
    3)

**Originating Court Information:**
    District: NHTS-1 : NHTS-89FR52540

**Prior Cases:**
    None

**Current Cases:**
    None

| **Panel Assignment:** | Not available |
|---|---|

---

Sierra Club
                        Petitioner

Joshua Aries Berman, Senior Attorney
Direct: 202-650-6062
Email: josh.berman@sierraclub.org
Fax: 202-547-6009
[COR LD NTC Retained]
Sierra Club
Firm: 202-547-1141
50 F Street, NW
Eighth Floor
Washington, DC 20001

Vera P. Pardee, Esquire
Direct: 858-717-1448
Email: pardeelaw@gmail.com
[COR NTC Retained]
Law Offices of Vera Pardee
726 Euclid Avenue
Berkeley, CA 94708

                     v.

National Highway Traffic Safety Administration
                        Respondent

Joshua Michael Koppel
Direct: 202-514-4820
Email: joshua.m.koppel@usdoj.gov
[COR LD NTC Gvt US DOJ]
U.S. Department of Justice
(DOJ) Civil Division, Appellate Staff
Room 7212
Firm: 202-514-2000
950 Pennsylvania Avenue, NW

Washington, DC 20530

Kevin J. Kennedy
Direct: 202-514-4214
Email: kevin.j.kennedy@usdoj.gov
[COR NTC Gvt US DOJ]
U.S. Department of Justice
(DOJ) Civil Division
Room 7234
950 Pennsylvania Avenue, NW
Washington, DC 20530

Mark B. Stern, Attorney
Email: mark.stern@usdoj.gov
[COR NTC Gvt US DOJ]
U.S. Department of Justice
(DOJ) Civil Division, Appellate Staff
Firm: 202-514-2000
950 Pennsylvania Avenue, NW
Washington, DC 20530

Sophie Shulman, in her official capacity as
Deputy Administrator of the National Highway
Traffic Safety Administration
                     Respondent

Joshua Michael Koppel
Direct: 202-514-4820
[COR LD NTC Gvt US DOJ]
(see above)

Kevin J. Kennedy
Direct: 202-514-4214
[COR NTC Gvt US DOJ]
(see above)

Mark B. Stern, Attorney
[COR NTC Gvt US DOJ]
(see above)

Pete Buttigieg, in his official capacity as
Secretary of the U.S. Department of
Transportation
                     Respondent

Joshua Michael Koppel
Direct: 202-514-4820
[COR LD NTC Gvt US DOJ]
(see above)

Kevin J. Kennedy
Direct: 202-514-4214
[COR NTC Gvt US DOJ]
(see above)

Mark B. Stern, Attorney
[COR NTC Gvt US DOJ]
(see above)

Sierra Club,

                      Petitioner

          v.

National Highway Traffic Safety Administration; Sophie Shulman, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; Pete Buttigieg, in his official capacity as Secretary of the U.S. Department of Transportation,

                      Respondents

| 06/24/2024 | ☐ | PETITION FOR REVIEW CASE docketed. [24-1215] [Entered: 06/24/2024 12:07 PM] |
|---|---|---|
| 06/24/2024 | ☐ 🗎 418 pg, 64.48 MB | PETITION FOR REVIEW [2061250] of a decision by federal agency filed by Sierra Club [Service Date: 06/24/2024 ] Disclosure Statement: Not Attached. [24-1215] [Entered: 06/24/2024 12:09 PM] |
| 06/24/2024 | ☐ 🗎 1 pg, 38.45 KB | CERTIFIED COPY [2061251] of Petition for Review sent to respondent [2061250-2] [24-1215] [Entered: 06/24/2024 12:10 PM] |
| 06/24/2024 | ☐ 🗎 2 pg, 44.1 KB | CLERK'S ORDER [2061255] filed directing party to file initial submissions: PETITIONER docketing statement due 07/24/2024. PETITIONER certificate as to parties due 07/24/2024. PETITIONER statement of issues due 07/24/2024. PETITIONER underlying decision due 07/24/2024. PETITIONER deferred appendix statement due 07/24/2024. PETITIONER procedural motions due 07/24/2024. PETITIONER dispositive motions due 08/08/2024; directing party to file initial submissions: RESPONDENT entry of appearance due 07/24/2024. RESPONDENT procedural motions due 07/24/2024. RESPONDENT certified index to record due 08/08/2024. RESPONDENT dispositive motions due 08/08/2024 [24-1215] [Entered: 06/24/2024 12:16 PM] |
| 06/24/2024 | ☐ 🗎 1 pg, 10.6 KB | STATEMENT [2061270] with Disclosure Listing filed by Sierra Club [Service Date: 06/24/2024 ] [24-1215] (Berman, Joshua) [Entered: 06/24/2024 01:23 PM] |
| 06/26/2024 | ☐ 🗎 1 pg, 148.8 KB | ENTRY OF APPEARANCE [2061786] filed by Joshua M. Koppel and co-counsel Mark B. Stern, Kevin J. Kennedy on behalf of Respondents Pete Buttigieg, NHTSA and Sophie Shulman. [24-1215] (Koppel, Joshua) [Entered: 06/26/2024 04:27 PM] |

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

SIERRA CLUB,                                          )
                                                     )
*Petitioner,*                                        )
                                                     )
v.                                                   )
                                                     )
NATIONAL HIGHWAY                                     )
TRAFFIC SAFETY                                       )
ADMINISTRATION; SOPHIE                               )
SHULMAN, in her official capacity as      )          Case No. 24-1215
Deputy Administrator of the                          )
National Highway Traffic Safety                      )
Administration; and                                  )
PETE BUTTIGIEG, in his official                      )
Capacity as Secretary of the U.S.                    )
Department of Transportation,                        )
                                                     )
*Respondents.*                                       )

### PETITION FOR REVIEW

In accordance with 49 U.S.C. § 32909(a)(1), Federal Rule of Appellate

Procedure 15, and D.C. Circuit Rule 15(a)(1), Petitioner Sierra Club hereby

petitions this Court for review of the final action taken by Respondent National

Highway Traffic Safety Administration entitled "Corporate Average Fuel

Economy Standards for Passenger Cars and Light Trucks for Model Years 2027

and Beyond and Fuel Efficiency Standards for Heavy-Duty Pickup Trucks and

Vans for Model Years 2030 and Beyond" (attached hereto), published at 89 Fed.

Reg. 52,540 (June 24, 2024).

Respectfully submitted,
/s/ Joshua Berman
JOSHUA BERMAN
Senior Attorney
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
(202) 650-6062
josh.berman@sierraclub.org

VERA PARDEE
726 Euclid Avenue
Berkeley, CA 94708
(858) 717-1448
pardeelaw@gmail.com

*Counsel for Sierra Club*

U.S. Department of Justice
14001/CIV
*Washington, D.C. 20530*

Official Business
Penalty for Private Use $300

Office of the Clerk
U.S. Court of Appeals for the First Circuit
U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

FIRST CLASS